## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN** | ) |
| **FORMAN & ASSOCIATES** | ) 3:25-cv-00213-CRS |
| | ) Civil Action No. _____ |
| **PLAINTIFFS** | ) |
| v. | ) **AFFIDAVIT OF MICHELLE** |
| | ) **PRIESTER** |
| **TYLER HITCH** | ) |
| **SAMINA HITCH** | ) |
| **HITCH DEFENSE ATTORNEYS** | ) |
| **HITCH ATTORNEYS PLLC** | ) |
| | ) |
| **DEFENDANTS** | ) |

### STATE OF KENTUCKY
### COUNTY OF JEFFERSON

I, Michelle Priester, being duly sworn, depose and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth in this affidavit. The facts stated herein are based on my personal knowledge unless otherwise indicated.

2. I am currently employed as an intern at Forman & Associates, a law firm located at 1139 South Fourth Street, Louisville, Kentucky 40203, where I have been working since April 28, 2024.

3. My duties as an intern include assisting with administrative tasks, reviewing client files, and supporting the firm's attorneys in various capacities, including analyzing client data and records.

4. During the months of January, February, and March 2025, while performing my duties, I observed several discrepancies in the client base records maintained by Defendants, who were then employed as associate attorneys at Forman & Associates.

5. Up until January 2025, after nearly a full year of having been employed at Plaintiff Larry Forman's firm, I have never seen such discrepancies with any client.

6. Upon noticing these discrepancies, I brought them to the attention of Defendants, seeking clarification as part of my responsibilities to ensure accuracy in the firm's records.

7. In response, Defendants instructed me to ignore the discrepancies and directed me not to pursue further inquiries regarding these issues. Specifically, I recall being told by Defendant Samina Hitch that "we don't even use Clio." Clio is the primary case-management software that I use at Plaintiff Larry Forman's firm. Defendant Tyler Hitch further stated that "sometimes the automatic system does not automatically insert them into Google Calendar" knowing full well that entering them into the calendar is a manual task.

8. I complied with their instructions at the time, as I was an intern, and they were senior attorneys at the firm. I did not immediately report the discrepancies to other firm personnel due to Defendants' directive and my understanding of their authority.

9. It was not until a firm meeting on April 11, 2025, after Defendants' termination from Forman & Associates on March 28, 2025, that I felt able to bring these discrepancies to the attention of the firm's management, including Plaintiff Larry Forman.

10. At the April 11, 2025, firm meeting, I informed Plaintiffs and other firm personnel of the discrepancies I had observed and the instructions I received from Defendants to ignore them.

11. I have no personal interest in the outcome of this litigation and provide this affidavit solely to state the facts as I observed them during my internship at Forman & Associates.

12. I understand that this affidavit may be used in connection with the above-captioned case, and I am willing to testify to these facts under oath if called upon to do so.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of April 2025, in Louisville, Kentucky.

*Michelle Priester*
Michelle Priester

## NOTARY ACKNOWLEDGMENT

### STATE OF KENTUCKY
### COUNTY OF JEFFERSON

On this 14th day of April, 2025, before me, a Notary Public in and for said County and State, personally appeared Michelle Priester, known to me (or proved to me on the basis of satisfactory

evidence) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_Kelly Best_
Notary Public
Commission No. KYNP31465

[Notary Seal]

My Commission Expires: 7/31/25