

**COMMONWEALTH VS.** ▮▮▮▮▮▮▮▮▮▮
**JEFFERSON DISTRICT COURT**
Filed on **01/30/2025** as **TRAFFIC** with **HON. STEPHANIE BURKE**
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | |
|---|---|
| VIOLTIME=03:50 | |

| Parties | |
|---|---|
| ▮▮▮▮▮▮▮▮ as **DEFENDANT / RESPONDENT**  DOB: ▮▮▮▮▮▮  Race: **B**  Sex: **F**  Hispanic: **N** | |
| **Address** | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **Stinson, Andrew** as **COMPLAINING WITNESS** | |
| **Address** | |
| LOUISVILLE METRO POLICE DEPT  701 WEST ORMSBY AVE  LOUISVILLE KY 40203 | |
| **HITCH, SAMINA** as **ATTORNEY FOR DEFENDANT** | |
| **Address** | |
| 101 N. 7TH ST.  LOUISVILLE KY 40202 | |
| **HITCH, TYLER** as **ATTORNEY-PRIVATE** | |
| **Address** | |
| THE FORMAN BUILDING  1139 SOUTH 4TH STREET  LOUISVILLE KY 40203 | |
| **JEFFERSON COUNTY ATTORNEY** as **COUNTY ATTORNEY** | |
| **Address** | |
| 600 WEST JEFFERSON ST.,HALL OF JUSTICE  LOUISVILLE KY | |

| Charges | |
|---|---|
| **SPEED 16 MPH OVER (LIMITED ACCESS) - 189.390(5)(B)**  CHARGE 1 ORIGINAL 0000440  Charged on **01/30/2025** by citation ▮▮▮▮▮▮ | |
| **NO OPERATORS/MOPED LICENSE - 186.410(1)**  CHARGE 2 ORIGINAL 0003800  Charged on **01/30/2025** by citation ▮▮▮▮▮▮ | |
| **FAILURE OF NON-OWNER OPERATOR TO MAINTAIN REQ INSURANCE, 1ST - 304.99-060**  CHARGE 3 ORIGINAL 0004820  Charged on **01/30/2025** by citation ▮▮▮▮▮▮ | |
| **NO/EXPIRED REGISTRATION PLATES - 186.170**  CHARGE 4 ORIGINAL 0004240  Charged on **01/30/2025** by citation ▮▮▮▮▮▮ | |

| Documents | |
|---|---|

| | |
|---|---|
| **VEHICLE INFORMATION** filed on **01/30/2025** | |
|     VEHICLE LIC NO =>VEHICLE LIC STATE =>VEHICLE LIC YEAR =>VEHICLE YEAR => 2009MAKE/MODEL => DODGE/CHARGERCOLOR => BLUE | |
| **ENTRY OF APPEARANCE** filed on **03/01/2025** | |
|     ENTRY OF APPEARANCE | |
| **MAIL RETURNED UNDELIVERED** filed on **03/09/2025** | |
|     COURT DOCUMENT RETURNED UNDELIVERABLE | |

### Events

**PRETRIAL CONFERENCE** scheduled for **05/08/2025 01:00 PM** in room **HJ203** with **HON. STEPHANIE BURKE**

**ARRAIGNMENT** scheduled for **03/03/2025 01:00 PM** in room **HJ203** with **HON. STEPHANIE BURKE**

> **Super Memo**
>
> 03/03/2025 ATTY PRESENT ATTORN EY PRESENT HITCH, TYLER ATTORNEY-PRIVATE DEF PRESENTCHG:1 SPEED 16 MPH OVER (LIMITED ACCESS); CIT#            CHG:2 NOOPERATORS/ MOPED LICENSE; CIT#:            CHG:3 FAILURE OF NON-OWNER OPERATOR TO MAINTAIN REQ INSURANCE, 1ST;CIT#:            CHG:4 NO/EXPIRED REGISTRATION PLATES;CIT#:            Plea NotGuilty Continue Cr t HJ203 (CRIMINAL COURTROOM 203) 05/08/2025 1:00 PM PRETRIAL CONFERENCE

### Super Memo

Officer observed listed vehicle traveling at a high rate of speed. Officer confirmed vehicle at 71mph in a posted 55mph zone using laser at 289.4ft. Officer observed a KY temp tag that was displayed on rear of listed vehicle with and expiration date that had been written over. Both boxes on the side of temp tag were faded and the expiration date had fairly new ink. NCIC search shows listed suspect has a non licensed record. Upon request listed suspect was unable to provide valid proof of insurance.

### Images

**CITATION** filed on **01/30/2025**   *Page(s): 1*

**ENTRY OF APPEARANCE** filed on **03/01/2025**   *Page(s): 1*

**\*\*\*\* End of Case Number :            \*\*\*\***