## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN** | ) |
| **FORMAN & ASSOCIATES** | ) 3:25-cv-00213-CRS |
| | ) Civil Action No. _____ |
| **PLAINTIFFS** | ) |
| v. | ) **AFFIDAVIT OF KELLY BEST** |
| | ) |
| **TYLER HITCH** | ) |
| **SAMINA HITCH** | ) |
| **HITCH DEFENSE ATTORNEYS** | ) |
| **HITCH ATTORNEYS PLLC** | ) |
| | ) |
| **DEFENDANTS** | ) |

## STATE OF KENTUCKY
## COUNTY OF JEFFERSON

I, Kelly Best, being duly sworn, depose and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth in this affidavit. The facts stated herein are based on my personal knowledge unless otherwise indicated.

2. I am currently employed by Forman & Associates, a law firm located at 1139 South Fourth Street, Louisville, Kentucky 40203, where I have been working since July 31, 2024.

3. My duties at Forman & Associates include answering the phone, drafting contracts for new and old clients, various administrative tasks, client support, and office management.

4. I perform my work in person at the firm's office located at 1139 South Fourth Street, Louisville, Kentucky 40203.

5. Since July 31, 2024, I have been physically present at the Forman & Associates office every workday, Monday through Friday, during regular business hours, except for standard holidays or approved leave.

6. During my employment from July 31, 2024, to March 28, 2025, I personally observed Defendant Tyler Hitch in person at the Forman & Associates office on very few occasions. On the occasions I saw him, he was only there for a very brief period.

7. To the best of my knowledge, Defendant Tyler Hitch conducted most of his work for Forman & Associates remotely, and he was regularly absent from the firm's Louisville office.

8. During my employment from July 31, 2024, to March 28, 2025, I personally observed Defendant Samina Hitch in person at the Forman & Associates office at most two or three times. On the occasions I saw her, she was only there for a very brief period.

9. To the best of my knowledge, Defendant Samina Hitch conducted most of her work for Forman & Associates remotely, and she was regularly absent from the firm's Louisville office.

10. My observations are consistent with the understanding that Defendants Tyler Hitch and Samina Hitch performed the bulk of their manual and paperwork tasks for Forman & Associates from their home in Indiana.

11. I have no personal interest in the outcome of this litigation and provide this affidavit solely to state the facts as I observed them during my employment at Forman & Associates.

12. I understand that this affidavit may be used in connection with the above-captioned case, and I am willing to testify to these facts under oath if called upon to do so.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 14 day of April 2025, in Louisville, Kentucky.

*Kelly Best*
Kelly Best

**NOTARY ACKNOWLEDGMENT**

STATE OF KENTUCKY
COUNTY OF JEFFERSON

On this __14__ day of April, 2025, before me, a Notary Public in and for said County and State, personally appeared Kelly Best, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

[Notary Seal]

My Commission Expires: __9/12/2026__