Filed          03/01/2025          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/13/2025 11:28:09 PM
95548

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON DISTRICT COURT**
**CASE NO.** ▌

| | |
|---|---|
| **COMMONWEALTH OF KENTUCKY,** | **PLAINTIFF,** |
| VS. | |
| ▌ | **DEFENDANT** |

### ENTRY OF APPEARANCE

Comes now the undersigned, Attorney Samina Hitch, and provides notice to the Court and to all parties of intent for her to be added as counsel of record to Jasmaine Watts in this matter, and that all future pleadings and other correspondence also be sent to the below address.

Respectfully submitted this <u>3rd</u> day of March, 2025.

By:     */s/ Samina Hitch*
         SAMINA HITCH
         ATTORNEY
         ▌ N. 7th St.
         Louisville, Kentucky 40202
         Work: ▌
         hit▌@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of same was delivered electronically via the e-filing system on the <u>3rd</u> day of March, 2025, to the Jefferson County Attorney's Office.

         */s/ Samina Hitch*
         SAMINA HITCH
         ATTORNEY

Filed          03/01/2025          David L. Nicholson, Jefferson Circuit Clerk