UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN, et al.** ) | |
| ) | |
| PLAINTIFFS ) | **MOTION TO DISMISS AND** |
| ) | **TO COMPEL ARBITRATION** |
| v. ) | |
| ) | Case No. 3:25-cv-00213-CRS |
| **TYLER HITCH & SAMINA HITCH, et al.** ) | |
| ) | |
| DEFENDANTS ) | |

## MOTION

Come the Defendants, Tyler Hitch, Samina Hitch, Hitch Attorneys, PLLC, and "Hitch Defense Attorneys," and pursuant to the Federal Arbitration Act, respectfully move this Honorable Court to dismiss Plaintiffs' Complaint on the grounds that the claims asserted therein should be compelled to arbitration and dismissed. While Defendants deny taking a single client, case, lead, or "trade secret" from Plaintiffs, all claims against individual Defendants Tyler Hitch and Samina Hitch ("Tyler," and "Samina," individually, collectively, "the Hitches,") are nevertheless subject to the Arbitration Clause in Plaintiffs' contract with the Hitches, and the claims against Hitch Defense Attorneys and Hitch Attorneys, PLLC (collectively, "law firm defendants,") will ultimately fail because the latter did not exist at the time Plaintiffs suggest it wronged them, and the former is a d/b/a.

For the reasons fully set forth in Defendants' Memorandum in Support of their Motion to Dismiss and Compel Arbitration attached, Plaintiffs have not alleged any causes of action against any named Defendant which may survive this Motion to Dismiss. *Pro se* Plaintiff Larry Forman ("Larry,")[1] drafted and signed a valid arbitration agreement, and asked the Hitches to sign it. The claims against the law firm defendants fail as a matter of law and should simply be dismissed.

---

1 Larry has listed two other co-Plaintiffs along with him. One is a d/b/a name, the other is his personal law practice. There is enough evidence, *passim* in Larry's complaint, to pierce the corporate veil. All his claims are claims of his "co"-Plaintiffs, and Defendants respectfully request that all arguments made in response to Larry, herein, be treated as arguments against his "co-" Plaintiffs as well.

Respectfully submitted,

/s/ *Tyler Hitch*
TYLER HITCH

/s/ *Samina Hitch*
SAMINA HITCH

/s/ *Tyler Hitch*
HITCH ATTORNEYS, PLLC
D.B.A. HITCH DEFENSE ATTORNEYS
Barristers Hall
1009 South 4th Street
Louisville, KY 40203
(502) 628-4270
tyler@hitchdefense.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via electronic filing and email to Larry Forman at larry@larryformanlaw.com on May 8, 2025.

/s/ *Tyler Hitch*
Tyler Hitch