**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **LARRY FORMAN, et al.** ) | |
| ) | |
| PLAINTIFFS ) | **NOTICE OF SERVICE OF** |
| ) | **SECOND RULE 11 MOTION TO** |
| v. ) | **OPPOSING COUNSEL** |
| ) | |
| **TYLER HITCH & SAMINA HITCH, et al.** ) | Case No. 3:25-cv-00213-CRS |
| ) | |
| DEFENDANTS ) | |

Come the Defendants and hereby Notice the Court that on today's date, May 21, 2025, Defendants served Plaintiffs, through service upon Larry Forman via email, with a Second Motion for Sanctions under Rule 11 for fabricating the facts underlying the claims in Plaintiffs' Amended Complaint.

This Motion is unrelated to Defendants' Motion to Dismiss and contains evidence not currently before the Court, demonstrating that Plaintiffs knew the allegations they pleaded in their Complaint were untrue and were fabricated by *pro se* Plaintiff Larry Forman. Defendants noticed Plaintiffs they knew the allegations were false in DN 12, then sent Plaintiffs an email on May 12, 2025 stating they could prove Plaintiffs' claims were false and made in bad faith, and instructing Plaintiffs to withdraw their perjured claims. Should Plaintiffs not dismiss this case within the safe harbor period, Defendants will file with the Court the Rule 11 motion they served upon Plaintiffs on June 11, 2025.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Tyler Hitch, /s/ Samina Hitch | /s/ Tyler Hitch |
| TYLER HITCH | *for* HITCH ATTORNEYS, PLLC |
| SAMINA HITCH | D.B.A. HITCH DEFENSE ATTORNEYS |
| *Pro Se Defendants* | Barristers Hall |
| | 1009 South 4th Street |
| | Louisville, KY 40203 |
| | (502) 628-4270 |
| | tyler@hitchdefense.com |