UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN, et al.** ) | |
| ) | |
| PLAINTIFFS ) | **ORDER IMPOSING SANCTIONS** |
| ) | |
| v. ) | |
| ) | |
| **TYLER HITCH & SAMINA HITCH, et al.** ) | Case No. 3:25-cv-00213-CRS |
| ) | |
| DEFENDANTS ) | |

This matter having come before the Court upon Motion by Defendants, **IT IS HEREBY ORDERED**, that:

Plaintiff Larry Forman is hereby ordered to pay a total sum of $_____ to all Defendants as sanction for the filing of vexatious litigation.

**IT IS FURTHER HEREBY ORDERED** that Plaintiff Forman & Associates shall pay a total sum of $_____ to all Defendants as sanction for the filing of vexatious litigation.

**IT IS SO ORDERED.**

_____

Judge Charles R. Simpson, III