# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LARRY FORMAN, et al. | ) |
| | ) |
| PLAINTIFFS | ) **RETRACTION OF TERM** |
| | ) **"PERJURY" UNDER** |
| v. | ) **SAFE HARBOR** |
| | ) |
| TYLER HITCH & SAMINA HITCH, et al. | ) Case No. 3:25-cv-00213-CRS |
| | ) |
| DEFENDANTS | ) |

Come Defendants under Rule 11, and retract the term "perjury," and related terms from the Notice Defendants filed on May 21, 2025, and from the Motion for Sanctions filed on today's date. Based on the exhibit attached, Defendants believe that *pro se* Plaintiff ("Larry,") takes issue with the allegation. Indeed, based on the undersigned understanding of 18 U.S.C. § 1621, Larry is merely a liar, and not a perjurer. Please see attached correspondence. The motion for sanctions filed today reflects the Motion as written twenty one days ago and sent to Larry. It contains the potentially controverted term.

Respectfully submitted,
/s/ Tyler Hitch, /s/ Samina Hitch
TYLER HITCH
SAMINA HITCH
*Pro Se Defendants*

/s/ Tyler Hitch
*for* HITCH ATTORNEYS, PLLC
D.B.A. HITCH DEFENSE ATTORNEYS
Barristers Hall
1009 South 4th Street
Louisville, KY 40203
(502) 628-4270
tyler@hitchdefense.com

Tyler Hitch <tyler@hitchdefense.com>

## Hitch - Federal Case Service

**Tyler Hitch** <tyler@hitchdefense.com>  Thu, May 8, 2025 at 9:30 AM
To: larry@larryformanlaw.com

Hi Larry,

Please find attached our motion and memorandum.

All the best!

--

*Tyler Hitch, Esq.*
**Hitch Defense Attorneys**
**Barristers Hall**
**1009 South 4th St.**
**Louisville, Kentucky 40203**
**Work: (502) 628-4270**
**Cell: (502) 702-6449**
**Website:** https://hitchdefense.com
**E-mail:** tyler@hitchdefense.com



**4 attachments**

- **Forman v Hitch Motion to Compel Arbitration.pdf**
  136K
- **Forman v Hitch Memo iso Motion to Compel Arbitration.pdf**
  246K
- **HITCH Corp Disc Statement.pdf**
  274K
- **HITCH Diversity Disclosure.pdf**
  163K



Tyler Hitch <tyler@hitchdefense.com>

## Hitch - Federal Case Service

Larry Forman <lforman30@gmail.com>  Thu, May 8, 2025 at 1:26 PM
To: Tyler Hitch <tyler@hitchdefense.com>

I have no objection to an order compelling arbitration, so long as the case is stayed during the arbitration process.

Further, we <u>agree</u> that the stay of the case can be <u>lifted</u> upon any of the parties' failure to meet its financial obligations to the arbitration panel.

Meaning, if the AAA is unable to proceed forward with arbitration due to non-payment by any of the parties, the stay is lifted.

Keep in mind: each party will be responsible for their own costs and fees of the arbitration as they are incurred, and they shall all split them equally between the parties.

Attached is the Agreed Order. Can I go ahead and file it?

Respectfully,



**Larry Forman, Esq.**
**CEO**
**Forman & Associates**
**The Forman Building**
1139 South Fourth St., Ste. 201
Louisville, KY 40203
Work: (502) 931-6788
Toll Free: (844) 4-DUI-GUY
Toll Free: (844) 77-4-HURT
Fax: (419) 574-7156
E-mail: Larry@LarryFormanLaw.com

<u>Links</u>:


Website


Channel





**WARNING**: This e-mail message and any attachments may contain information which is confidential and legally privileged and is covered by the Electronic Communications Privacy Act (ECPA), 18 USC §2510-2522. Unauthorized review, use, disclosure or distribution is strictly prohibited. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error please notify the sender & delete this email. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege. Any violation of the ECPA is subject to the penalties stated therein.

**SPECIAL NOTICE TO CLIENT(S)**: If you are a client of this firm and this email is directed to you, DO NOT FORWARD to any other party or you could be waiving the attorney-client privilege.

[Quoted text hidden]

 **Forman v. Hitch Arbitration AO.pdf**
101K



Tyler Hitch <tyler@hitchdefense.com>

## Hitch - Federal Case Service

**Tyler Hitch** <tyler@hitchdefense.com>  Mon, May 12, 2025 at 11:06 AM
To: Larry Forman <lforman30@gmail.com>

Larry,

We filed a motion asking for arbitration and we're going to win it. We don't need an agreement to that, and certainly not one that allows you to revive the case by stiffing the arbitrator.

In addition, we are opposed to agreeing to a stay. In our motion, we've moved for dismissal with prejudice and for sanctions and there is a decent chance we get one or both of those things. Once at arbitration we will be able to show your claims have no merit and were made in bad faith and the arbitrator will award us costs. You will almost certainly be footing the bill.

After that, we will be able to file in state court for abuse of process and malicious prosecution. These claims will not be arbitrable since they occurred after the contract concluded. Between your frivolous suit and the meritless bar complaint, we will prevail on those claims and pursue punitive damages.

Instead, we propose a simpler solution. We are attaching an unsigned draft voluntary dismissal order dismissing this case with prejudice, as well as a release and waiver of claims. If you sign the dismissal notice and tender it to the court, the three of us will sign a release waiving our claims. Everything can go away quietly and we can part ways. We urge you to consider this carefully.

Sincerely,

--

*Tyler Hitch, Esq.*
**Hitch Defense Attorneys**
**Barristers Hall**
**1009 South 4th St.**
**Louisville, Kentucky 40203**
**Work: (502) 628-4270**
**Cell: (502) 702-6449**
**Website:** https://hitchdefense.com
**E-mail:** tyler@hitchdefense.com

[Quoted text hidden]

---

**2 attachments**

 **Notice of Voluntary Dismissal with Prejudice.pdf**
77K

 **RELEASE AND WAIVER OF CLAIMS.pdf**
93K



Tyler Hitch <tyler@hitchdefense.com>

# Hitch - Federal Case Service

**Larry Forman** <lforman30@gmail.com>  Mon, May 12, 2025 at 2:23 PM
To: Tyler Hitch <tyler@hitchdefense.com>

Understood. Thank you for your response.

**Respectfully,**



***Larry Forman, Esq.***
**CEO**
**Forman & Associates**
**The Forman Building**
**1139 South Fourth St., Ste. 201**
**Louisville, KY 40203**
**Work: (502) 931-6788**
**Toll Free: (844) 4-DUI-GUY**
**Toll Free: (844) 77-4-HURT**
**Fax: (419) 574-7156**
**E-mail: Larry@LarryFormanLaw.com**

**Links:**



**Website**



**Channel**



**WARNING**: This e-mail message and any attachments may contain information which is confidential and legally privileged and is covered by the Electronic Communications Privacy Act (ECPA), 18 USC §2510-2522. Unauthorized review, use, disclosure or distribution is strictly prohibited. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error please notify the sender & delete this email. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege. Any violation of the ECPA is subject to the penalties stated therein.

**SPECIAL NOTICE TO CLIENT(S)**: If you are a client of this firm and this email is directed to you, <u>DO NOT FORWARD</u> to any other party or you could be waiving the attorney-client privilege.

[Quoted text hidden]



Tyler Hitch <tyler@hitchdefense.com>

## Service: Second Rule 11 Motion

**Tyler Hitch** <tyler@hitchdefense.com>  
To: larry@larryformanlaw.com

Wed, May 21, 2025 at 8:34 AM

Larry,

We will file the attached Rule 11 Motion for sanctions along with the memo in support, the exhibit, and the proposed order at the conclusion of the safe harbor date unless your perjured claims are withdrawn and your case dismissed. Our offer of mutual waivers remains open until we file the attached motion with the court.

Sincerely,

--

*Tyler Hitch, Esq.*
**Hitch Defense Attorneys
Barristers Hall
1009 South 4th St.
Louisville, Kentucky 40203
Work: (502) 628-4270
Cell: (502) 702-6449
Website:** https://hitchdefense.com
**E-mail:** tyler@hitchdefense.com



Second Rule 11 Motion.pdf
5105K

    Tyler Hitch <tyler@hitchdefense.com>

## Service: Second Rule 11 Motion

Larry Forman <lforman30@gmail.com>                              Wed, May 21, 2025 at 9:16 AM
To: Tyler Hitch <tyler@hitchdefense.com>

"Perjured."

See you at arbitration.

**Respectfully,**



***Larry Forman, Esq.***
**CEO**
**Forman & Associates**
**The Forman Building**
1139 South Fourth St., Ste. 201
**Louisville, KY 40203**
**Work: (502) 931-6788**
**Toll Free: (844) 4-DUI-GUY**
**Toll Free: (844) 77-4-HURT**
**Fax: (419) 574-7156**
**E-mail:** Larry@LarryFormanLaw.com

**Links:**


Website


Channel



**WARNING**: This e-mail message and any attachments may contain information which is confidential and legally privileged and is covered by the Electronic Communications Privacy Act (ECPA), 18 USC §2510-2522. Unauthorized review, use, disclosure or distribution is strictly prohibited. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error please notify the sender & delete this email. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege. Any violation of the ECPA is subject to the penalties stated therein.

**SPECIAL NOTICE TO CLIENT(S)**: If you are a client of this firm and this email is directed to you, DO NOT FORWARD to any other party or you could be waiving the attorney-client privilege.

[Quoted text hidden]