UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

---

| | |
|---|---|
| **LARRY FORMAN, et al.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **MOTION FOR A TELEPHONIC** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| **TYLER HITCH & SAMINA HITCH, et al.** ) | Case No. 3:25-cv-00213-CRS |
| ) | |
| **DEFENDANTS** ) | |

---

Come Defendants and respectfully move this Court for a telephonic Status Conference. As grounds for their Motion, Defendants state as follows:

This matter came before the Court on Defendants' Motion to Dismiss and Defendants' Motion for Sanctions. Briefing fully closed on June 16, 2025. Defendants anticipate Orders from this Court. In the meantime, Plaintiffs have taken to **forging Defendant Tyler Hitch's signature** on pleadings without his permission. (Ex. 1)

*Pro se* plaintiff has filed a fraudulent bar complaint against Defendants Tyler and Samina Hitch on the basis of the fabricated claims underlying this suit. The bar is waiting for the adjudication of the matters before this Court before handling this open complaint.

In addition, Plaintiffs, accused in this case of fabricating claims, (DN 18), have been credibly accused of and sued for fabricating libels against another attorney. (Ex. 2). When given the opportunity to deny that he fabricated the claims underlying this suit, *pro se* Plaintiff failed to do so. (DN 19). Should the Court feel that Oral Arguments would be of benefit, the Parties can use the requested hearing to set a date for same with the Court.

| | |
|---|---|
| Respectfully submitted,<br>/s/ Tyler Hitch, /s/ Samina Hitch<br>TYLER HITCH<br>SAMINA HITCH<br>*Pro Se Defendants* | Respectfully submitted,<br>/s/ Tyler Hitch<br>*for* HITCH ATTORNEYS, PLLC<br>D.B.A. HITCH DEFENSE ATTORNEYS<br>1009 South 4th Street<br>Louisville, KY 40203<br>(502) 628-4270<br>tyler@hitchdefense.com |