Filed           24-T-06997        05/12/2025          Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
09/16/2025 01:28:57 PM
BENJAMIN.POTASH@GMAIL.C

**COMMONWEALTH OF KENTUCKY**
**LAUREL DISTRICT COURT**
**DIVISION D**
**CASE NO. 24-T-06997**

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

vs.

NICHOLAS EDWARD SIGNORELLI                                  DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The attorneys of record for the above-named Defendant respectfully move this Honorable Court to withdraw as counsel of record. The Defendant and the Firm have differences that they are unable to reconcile, and thus, in the interests of justice, must part ways. The client has been unresponsive for multiple inquiries by Forman & Associates with respect to his scheduled jury trial.

This attorney is of the opinion that the above stated reasons are compelling and that to allow this attorney to withdraw will not prejudice the client or the trial of this case, as the Defendant's jury trial is currently scheduled for September 17, 2025 at 9:30 AM, giving him more than four months to find new counsel or have the public defender appointed to his case.

Respectfully submitted,

/s/ Larry Forman
/s/ Tyler Hitch
_____
LARRY FORMAN
TYLER HITCH
FORMAN & ASSOCIATES
The Forman Building
1139 South Fourth Street, Ste. 201

Filed         24-T-06997        05/12/2025         Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
09/16/2025 01:28:57 PM
BENJAMIN.POTASH@GMAIL.C

Louisville, KY 40203
Work: (502) 931-6788
Fax: (419) 574-7156
Larry@LarryFormanLaw.com

## NOTICE

Please take notice that no hearing is requested by counsel. However, if the Court wishes for counsel to address this matter in person, counsel respectfully requests a hearing be scheduled at a date convenient with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed, and notice was given via electronic mail to the Laurel County Attorney or his agent on the 12th day of May 2025.

/s/ Larry Forman
LARRY FORMAN
Counsel for Defendant

/s/ Tyler Hitch
TYLER HITCH
Counsel for Defendant