NO. _____

JEFFERSON CIRCUIT COURT

DIVISION _____ ( ___ )

*__Electronically Filed__*

BRUCE MATZKIN

PLAINTIFF

VS.

**__VERIFIED COMPLAINT__**

LARRY FORMAN

Serve:      Larry Forman
            1404 Harley Creek Ct.
            Fisherville, KY 40023

&

LARRY FORMAN LAW, PLLC

DEFENDANTS

Serve:      Larry Forman
            Larry Forman Law, PLLC
            d/b/a Forman and Associates
            1139 S. Fourth Street
            Louisville, KY 40203

**\* \* \* \* \* \* \* \***

## __INTRODUCTION__

Defendant Larry Forman ("Forman") wrongly believed that Plaintiff ("Matzkin") instigated unrelated litigation against him. Forman retaliated against Matzkin by using his popular YouTube channel to spread malicious lies about Matzkin. Forman's YouTube videos are sponsored and branded by his firm, Defendant Larry Forman Law, PLLC. Forman claims that Matzkin, an attorney, was facing disbarment, that he was or would be arrested by a federal court judge, and that he was fleeing the country to evade the law. Forman claimed that Matzkin is a career criminal who travels from town to town scamming others.

None of these things are true; they are all *per se* defamatory. Forman repeatedly states in these attack videos that he has no evidence of his claims about Matzkin. The *per se* defamatory statements are therefore malicious. Matzkin and his family were grievously harassed by Forman's audience as a result of these videos. Matzkin brings this case for defamation, false light, and outrage.

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000001 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000001 of 000010

## JURISDICTION AND VENUE

1.      Jurisdiction is appropriate in this Court because Larry Forman Law, PLLC (d/b/a Forman and Associates, hereinafter "Forman Law" or "Defendant Firm") is located in Jefferson County and Forman lives and works in Jefferson County. Further, the videos discussed herein were written, directed, and produced in Jefferson County, and Defendants' fabrications occurred there as well. The videos were available in Jefferson County and were viewed there.

2.      The amount in dispute exceeds the amount necessary to vest jurisdiction in Jefferson Circuit Court.

3.      Venue is appropriate under KRS Chapter 452.

## PARTIES

4.      Matzkin is and was at all relevant times a resident of Massachusetts.

5.      Forman is a social media influencer, living in Jefferson County, Kentucky.

6.      Forman Law is a law firm organized, located, and operating out of Jefferson County, Kentucky.

## FACTS

7.      Forman made a series of videos attacking Matzkin. Forman's videos regarding Matzkin combined half-truths with knowing falsehoods and were made in retaliation for a lawsuit one of Matzkin's clients had filed against Forman, for which Forman blamed Matzkin. Forman wrongly believed that Matzkin had "scammed" a different lawyer into representing the client on the case.

8.      Forman refers to this lawsuit throughout the videos. The transcripts of three of these attack videos are attached as Exhibits 1, 2, and 3. Each subsequent video snowballs from the prior and features new and ever more outlandish lies.

9.      Forman posted these videos on his YouTube account, "TheDUIGuy." This channel features content produced exclusively by Forman and Forman Law. On information and belief, every single video on the channel includes branding and advertising on behalf of Defendant Firm, appears to be affiliated with Defendant Firm, and features Forman, the self-styled "CEO" of Forman Law, himself.

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000002 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000002 of 000010

Filed          25-CI-007801      09/19/2025      David L. Nicholson, Jefferson Circuit Clerk

The videos appear to be undisclosed and unethical advertisements for legal services by Defendant Firm (*see* SCR 3.130(7.10), (7.20)(5)). The videos are the words of both Defendants.

10.    Forman uploaded Exhibit 1, a video Forman titled "Florida [sic] Attorney Faces DISBARMENT For Shocking Actions," on March 27, 2025. Although the title and content of the video referred to Matzkin, and the video "thumbnail"[1] showed his picture, Matzkin is not a Florida attorney. He is licensed in Massachusetts and Connecticut and has appeared *pro hac vice* in Florida federal court.

11.    The incident Forman refers to in the March 27 video is a missed court appearance by Matzkin, for which he had to show cause.

12.    Matzkin is not facing disbarment over this issue, nor was he at any time. He has never been sanctioned as of the filing of this complaint.

13.    Forman began the video stating, "We do not want to give [Matzkin] any recognition or credibility because he deserves none of those things." Matzkin, Forman says, is "an absolute disgrace to the profession of law. In my humble opinion, he should not have any business whatsoever. I'm not going to go so far as to strip the man of a bar license, but maybe he should [be disbarred], but I will say this: he should definitely not have any clients because he does not deserve them."

14.    Although Forman does not say Matzkin's name, he shows his audience documents from the litigation discussed in Paragraph 7, proving that Forman is discussing Matzkin. Forman's refusal to say Matzkin's name is a calculated insult, as he admitted above.

15.    Addressing Matzkin directly in the March 27 video, and accusing Matzkin of criminal behavior, Forman stated, "[Y]ou also join forces with disbarred lawyers who are **convicted felons**? Why? Is it because **birds of a feather**? I don't know. I can't help but wonder. We all can't help but wonder. More scumbag stuff." [emphasis added]

16.    After this video attracted views (over 80,000 views so far), Forman uploaded a new lie-ridden attack video aimed at Matzkin on April 9, 2025, entitled,   "BIGGEST Court Sanctions On Shady

---

1    On YouTube, video links may contain a "thumbnail" image that displays prior to a user clicking on the video link. Forman's videos usually contain such thumbnails, often edited and enhanced by artificial intelligence fakery.

Filed          25-CI-007801      09/19/2025      David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. JULIE KAELIN (630451)          E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000003 of 000068          COM : 000003 of 000010

Filed          25-CI-007801    09/19/2025        David L. Nicholson, Jefferson Circuit Clerk

Lawyer EXPOSED." The transcript is attached at Exhibit 2.

17.    This video contained even more incendiary lies than the March video.

18.    Forman begins by alleging that Matzkin had been "arrested by a federal court judge."

19.    Matzkin was not arrested by a federal court judge.

20.    Forman apparently does not care: as he states in the April video, "You [Matzkin] disgust me, sir." By this time, Forman had taken to calling *Bruce* Matzkin, "*Deuce*," in his videos, parroting the nickname that others had contrived for YouTube content.

21.    "Deuce," according to Urban Dictionary, means "the result of a complete bowel movement." (https://www.urbandictionary.com/define.php?term=deuce).

22.    After calling Matzkin a term for excrement, Forman then falsely accused Matzkin of lying in written federal court pleadings, and falsely claimed that Matzkin would face potential reprimand for lying in the pleadings.

23.    Matzkin did not lie in federal court pleadings nor has he faced any reprimand for doing so.

24.    Forman then claims, "You're [Matzkin] throwing another lawyer under the bus for your misdeeds, your mistakes, and your shenanigans.  That is despicable.  You are preying, P-R-E-Y.  You are preying on an innocent lawyer who just fell for your scam." The so-called "scam" Forman refers to is his paranoid delusion that Matzkin was behind his client's lawsuit against Forman, and that Matzkin had "scammed" a different attorney into representing this client on the case to cover his tracks.

25.    Of this, Forman claims, "Your matter is going to be referred to the district judge in Gainesville. It is going to be referred to the Connecticut and the Massachusetts Bar Associations, as well as the Federal Bar Association [sic], the Northern District of Florida, and then all your other potential applications in federal court are going to be tainted because in order to get admitted, you must have a certificate of good standing, and you're going to lose that privilege."

26.    Forman then released yet another video attacking Matzkin on April 17, 2025, and again the lies and malice escalated. (Exhibit 3). Forman named this video, "Scam Attorney EXPOSED Before

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000004 of 000068          Presiding Judge: HON. JULIE KAELIN (630451)          COM : 000004 of 000010

Filed            25-CI-007801    09/19/2025          David L. Nicholson, Jefferson Circuit Clerk

Fleeing USA."

27.     Forman opens by claiming, "Deuce really picks his targets well, he knows who he can scam."

28.     Forman couples this claim with an allegation that Matzkin had fled or would imminently flee the country to evade justice, and that he would now reside in his wife's home country, Armenia, stating: "Deuce, anytime things start going south, he escapes. Why? Because that's what cowards do."

29.     This flight to Armenia, the supposed subject of this third video, never happened. Matzkin never left the country. Every single assertion in this video is fabrication.

30.      Forman alleges that this criminal absconding to Armenia signals the end of Matzkin's supposed long career as a conman: "What do I even call him anymore?  BBB, whatever you want to call him, he's packing up his bags.  He's done-zo.  He's gone.  He's going back from whence he came before, because **he used to live in Connecticut. Then he tried to scam a bunch of people there, probably. I don't know. I have no evidence of that. I'm just assuming because that's just who he is, and that's what he does.** [...] He scammed a lot of people, and I think he is having trouble making ends meet, because people don't like to be scammed, and when he's exposed, he has to relocate. This is a very common tactic for **scammers and con artists**. Believe me. I have firsthand experience with those myself, but we won't talk about that." [emphasis added].

31.     Following the renewed false allegation of criminal and fraudulent activity, Forman adds, "Deuce, anytime things start going south, he escapes. Why?  Because that's what cowards do. That's what people who have no spine and no testicles do. Men, of course, is what I'm talking about. His wife, eh, I don't know how guilty she is in all of this. She married him, so that's on her.  She has to make the decision as to whether or not she wants to stay with him, but I can tell you folks that **he did it once; he's going to do it again**."

32.     Forman then digs up an old article written by Matzkin relating to the stresses of practicing law and remarks, "[H]e just made it up. There's nothing there. He was just -- **he was lying to people. He was scamming people. He was stealing from people, probably. I have no proof, but it's just -- if he**

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000005 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000005 of 000010

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

**does it now, he did it back then.** People don't change like that." [emphasis added].

33.    Although Matzkin received none of the sanctions Forman lists here, Forman claims, "basically, we are waiting on trying to figure out what Deuce is going to do, and I'm convinced with the sanctions coming from [the federal court], with the sanctions coming from the Connecticut Bar, with the sanctions he's going to incur with the Massachusetts Bar, with the sanctions he's going to incur from the district judge in Gainesville, with the sanctions he's going to get against him financially, with the sanctions he's going to get against him that he's going to have contempt of court charges, with the sanctions he's going to get against his *pro hac vice* status in the federal bar in Florida, which is going to affect his ability to practice in any federal bar across the nation, there's only one option."

34.    "He cannot flee to another state like he did before. Because, see, **he went from Connecticut to Armenia, Armenia to Massachusetts, started a new life, started scamming more people, probably. Again, I have no proof.  It just smells like it, and then after he is now -- like, completely tarnished his reputation**, this was his last hurrah.  At 58, 59 years old, however he is, he's approaching 60, so he's getting close to retirement.  He doesn't have all that much to lose. Just go to Armenia. Go to Georgia. Go to wherever.  That's what he's going to do.  He's going to retire.  He's going to retire, and he's going to -- like, **he's going to have an outstanding warrant**." [emphasis added]

35.    Forman doubles down on these false claims: "There's going to be a suspension or a disbarment of his license in Connecticut and which also is going to lead to proceedings in Massachusetts, which will lead him to losing that license, and so, **he will lose all ability to practice law**. It will either be suspended, either for a time or indefinitely, until he answers the criminal charges in -- the future, I should say, future criminal charges that will come in Florida because of his failure -- continuous failures to appear because he's a coward, and that's what cowards do. They run when things get hot and heavy, and he's going to go to Europe and he's going to continue, try and to do his scams from there."

36.    None of that happened; all of it is made up.

37.    The false claims and matters put in false light in the above three videos alone include: 1) the

false allegation that Matzkin faced disbarment, 2) that his association with a man who had been convicted of felonies was due to Matzkin's predilection for illegal activity, 3) that Matzkin had been or was imminently about to be arrested by a federal court judge, 4) that Matzkin had lied to a federal court, 5) that Matzkin was facing potential penalties for lying to a federal court, 6) that Matzkin was involved in a "scam," of some form, 7) that Matzkin's conduct was in any way criminal, 8) that Matzkin had a long history of unethical or criminal conduct leading to years of running from the consequences of that conduct, 9) and that Matzkin fled the country to evade justice with the aim of committing further scams and frauds.

38.     Forman admits a lack of knowledge as to the veracity of his claims about Matzkin. In addition, these claims were coupled with calculated insults, including, but certainly not limited to: 1) calling for Matzkin's disbarment, 2) calling Matzkin a slang term for excrement, 3) calling Matzkin "shady" and claiming he perpetuates "scams," 4) insulting Matzkin's relationship with his wife and children, 5) calling Matzkin a coward in various ways, 6) insulting Matzkin's manhood or alleged lack thereof, 7) and claiming Matzkin has or will have an outstanding warrant for his arrest. This malice stems from Forman's belief that Matzkin was behind a lawsuit against Forman filed by one of Matzkin's clients.

39.     As a result of Forman's behavior, Matzkin's wife has been stalked by Forman's lackeys and has had to leave her teaching job. Matzkin's children have been "doxxed" by these people as well. ("Doxxing," is the public release of private identifying information online with the aim of causing misery to the victim.) Both Matzkin and his entire family have suffered significant trauma because of Forman, who knew what he was saying was false, or at the very least, demonstrated an explicit lack of regard as to the truth or falsity of his claims.

### COUNT I: DEFAMATION *PER SE*
### (ALL DEFENDANTS)

40.     Defendants' statements in the videos discussed above were both false and injurious.

41.     Defendants' false and injurious statements were spoken and recorded on video.

42.     Said statements were not in any way privileged.

43.    Said statements were made at least negligently.

44.    Because these statements amounted to a false allegation of law-breaking, and because they reflected on Plaintiff's competence as an attorney, the statements are *per se* defamatory.

45.    Moreover, in the absence of *per se* liability, Plaintiff suffered demonstrable damages in terms of additional damages including pain and suffering and the costs associated with avoiding Forman's followers; Defendants' statements are therefore *per quod* defamatory as well, and extrinsic facts can prove money damages.

46.    Plaintiff is not a public figure. The matters discussed in these videos – Matzkin's missed court appearance and his residence in various states and nations – are not matters of public concern and do not reflect on his integrity. The statements on these videos and are not subjected to heightened defamation standards under *New York Times v. Sullivan,* 376 U.S. 254 (1964).

47.    Nevertheless, the false statements are made with malice, and not opinion:

48.    Defendants knew that the statements they made were false, or made them with reckless disregard to the truth. The verbal attacks were coupled with vitriol and hyperbole meant to insult and demean. The statements are grounded in assertions that can be proven false, and to the extent there are "opinions" reflected in the videos, they are "mixed opinions," that refer to facts alleged to have been known by Defendants, but not disclosed to the audience such as: "[Fleeing the state and the country is] a very common tactic for scammers and con artists. Believe me. I have firsthand experience with those myself, but we won't talk about that." Defendants' claims are consistently undergirded by their representations of themselves as legal experts. Plaintiff's claim for defamation therefore passes heightened defamation standards.

49.    Because the defamatory statements were made with malice, Defendants are liable for punitive damages.

## COUNT II: FALSE LIGHT
### (ALL DEFENDANTS)

50.    Defendants published the above-discussed videos about the plaintiff. These videos created a

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000008 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000008 of 000010

Filed        25-CI-007801      09/19/2025        David L. Nicholson, Jefferson Circuit Clerk

false or misleading impression about the plaintiff, namely that he was/is a scam artist, facing disbarment and arrest, who regularly evades justice, due to his cowardice and criminal lifestyle.

51.     That false impression is highly offensive or embarrassing to a reasonable person, especially a practicing lawyer with a family.

52.     Defendants published these videos with malice and knowledge of their falsity or with reckless disregard for whether they were false. Defendants admit they do not know the veracity of their claims.

## COUNT III: OUTRAGE
### (ALL DEFENDANTS)

53.     Defendant's conduct was extreme, or outrageous and intolerable.

54.     Defendant's conduct violated generally accepted standards of decency and morality.

55.     Defendant's conduct was more than bad manners, and caused severe emotional distress, not just hurt feelings.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

1. Judgment in an amount against the Defendants which will fairly and reasonably compensate him for the injuries caused by Defendants;

2. For punitive damages;

3. For his cost herein expended, including reasonable attorneys' fees;

4. For interest as permitted by law on all sums awarded to Plaintiff;

5. A trial by jury;

6. Leave to Amend this Complaint as necessary;

7. Any and all other relief for which the Plaintiff may appear entitled.

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000009 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000009 of 000010

Respectfully submitted,
/s/ Ben Potash
BENJAMIN POTASH
Attorney for Plaintiff
potashlaw@gmail.com
1009 S. Fourth Street
Louisville, KY 40203
(502) 584-8583

## **VERIFICATION**

I have reviewed the foregoing Complaint and affirm, under penalties of perjury, that the

foregoing is true and accurate to the best of my information, knowledge and belief.

BRUCE MATZKIN

STATE OF MASSACHUSETTS    )
                          ) §
COUNTY OF _MIDDLESEX_      )

Subscribed, sworn, and acknowledged before me by BRUCE MATZKIN, this __15__ day of

_SEPTEMBER_____, 2025.

In Witness Whereof, I have hereunto set my hand and official seal the day and year above

written.

My Commission expires: ___12/27/2030_____.

Notary Public

(SEAL)



BRUNO R MOREIRA
Notary Public, Commonwealth of Massachusetts
My Commission Expires December 27, 2030

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000010 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

COM : 000010 of 000010

1

DESCRIPTION OF SOURCE MATERIAL: YouTube video "Florida
                                 Attorney Faces DISBARMENT For
                                 Shocking Actions", uploaded
                                 March 27, 2025

LENGTH OF SOURCE MATERIAL:       18 minutes, 23 seconds

NUMBER OF PAGES:                 17

DATE TRANSCRIPT ORDERED:         May 23, 2025

DATE TRANSCRIPT COMPLETED:       May 26, 2025

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000011 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000001 of 000018

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

2

1       SPEAKER 1:  Oh my God.  Where does the

2  stupidity end?

3       SPEAKER 1:  And now you're looking at

4  disbarment in Florida on this case.

5       SPEAKER 1:  Is he taking a page out of the

6  Blake Lively playbook?

7       SPEAKER 1:  Sorry.  I'm allergic to bullshit.

8       SPEAKER 1:  I am praying that you're going to

9  be on your best behaviour and you're going to change

10  your tune after that day.

11       SPEAKER 1:  Here comes the best part.

12       SPEAKER 1:  Well, hello everybody and welcome

13  back to Buckle Up, It's the Law.  Today, folks, we are

14  going to talk about a topic that is definitely on

15  everyone's mind as we are gearing closer and closer to

16  a date that is going to live in infamy, in infamy for

17  probably generations to come, and what am I talking

18  about?  I am talking about Jeremy Hales.  For those of

19  you who don't know Jeremy, Jeremy is a good friend from

20  Levy County, Florida who has been dealing with a -- how

21  should we call her?  A pest?  That's probably the best

22  way to describe her -- that would just not leave him

23  alone, Lynette Michelle Alexis Jennifer, whatever,

24  Preston.  So, Jeremy has started coming after her, and

25  she buckled up, apparently, and hired counsel.  One of

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000012 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000002 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

3

1    those lawyers is officially attorney of record in the

2    Florida court case, in the federal case in Florida.  He

3    has entered a pro hac vice motion many moons ago.  "Pro

4    hac vice" is a fancy word for:

5              "I don't have a license to practice here.  Do

6              you all mind if I pay a fee, and you allow me

7              to practice law in your jurisdiction just on

8              this one case?"

9    Happens all the time.  We have seen it with Alan

10   Jackson in the Karen Read case, as well as Robert

11   Alessi in the Karen Read case.  We have also seen it

12   with Camille Vasquez and Benjamin Chew in the Johnny

13   Depp case.  Both of those cases and two of those

14   lawyers in each case, at the very least, and there's

15   many more names just in those cases alone and many

16   other cases where lawyers enter their appearances to

17   appear on behalf of clients in jurisdictions where they

18   don't practice, under the protection of a local

19   attorney.  Well, for one lawyer who we just name "BBB"

20   because we do not want to give him any recognition or

21   credibility because he deserves none of those things --

22   he tried to ride our coattails.  If you remember, he

23   originally came to me to try and get me to make a video

24   about a certain dish conspiracy theory he had going on

25   because he did not want to answer to the Bar

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000013 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000003 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

4

1    Association in Connecticut which sanctioned him for

2    something completely minor and ridiculous that we've

3    covered on this channel before.  Now he is in trouble

4    with the Federales in Pensacola.  So, let's dive into

5    it.  Shall we?

6          SPEAKER 1:  Earlier this month, attorney Randy

7    Shocket, on behalf of Jeremy Hales, the Plaintiff in

8    the lawsuit of Jeremy Hales versus Lynette and John in

9    the Northern District of Florida in the Gainesville

10   division, filed a motion for sanctions, including

11   judicial default.  Randy has cited multiple heinous

12   ways in which has [BLEEP] been calling him names,

13   insulting both him and his client Jeremy in official

14   email communications between lawyers, an arena that has

15   to remain professional.  This is all we have, folks.

16   This is all we have as lawyers, and I'm speaking as

17   one.  This is all we have is professionalism, the rules

18   of ethics and decorum.  If you are going to violate the

19   rules of ethics and decorum, what are you left with?

20   It's just going to be complete chaos.  Now, I can

21   understand the occasional maybe jab or backhanded

22   compliment or something like that, but [BLEEP] went so

23   far as to call Randy a "scumbag," and we have evidence

24   of it.  He wrote it in his own emails, and he called

25   Jeremy Hales his "imbecile client".  That is -- if that

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000014 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000004 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

5

1    is not the hallmark of someone who is losing their

2    case, I don't know what is.  It's embarrassing.

3    [BLEEP] is an absolute disgrace to the profession of

4    law.  In my humble opinion, he should not have any

5    business whatsoever.  I'm not going to go so far as to

6    strip the man of a bar license, but maybe he should,

7    but I will say this: he should definitely not have any

8    clients because he does not deserve them.  He does not

9    know the basic precepts of what it's like to be a

10   professional and an attorney, and I had the misfortune

11   of getting to know him over the past few months, over a

12   year, actually.  If I remember correctly, the original

13   contact that he made with me was as early as February

14   2024 when he tried to get on my show.  "Please, Larry.

15   I want to talk about this stuff," and initially, I said

16   "Sure."  I scheduled a time.  I made the grave mistake

17   of saying, okay, he's an attorney.  He must have

18   something this is going to be interesting.  He would

19   send me emails, you know, the length of an 8 by 11

20   sheet of paper.  There's got to be something here.

21   Right?  "I'll take a look at it," I kept telling him.

22   "I'll take a look at it.  I'll take a look at it.  Just

23   give me some time."  He kept pushing.  "Well, have you

24   looked at it yet?  Have you looked at it yet?  Have you

25   looked at it yet?"  So, finally, I was like, to my

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000015 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000005 of 000018

6

1    girlfriend, I said, "Babe, Chandler, can you please

2    take a look at this? I just don't have the time," and

3    she did. She gave me the summary. I reviewed it

4    myself now that I had the time in early 2024, and I

5    realized it's a complete nothing burger. It's a

6    complete nothing burger. He was trying to make a

7    mountain out of a molehill, and I did not want to waste

8    your time by bringing on someone on my channel that is

9    going to waste both your and my time with nonsensical

10   information that does nobody any good and does not

11   further anyone's agenda other than his own. The only

12   person who would benefit from it would be him and maybe

13   two viewers, and that's not content. I want to make

14   content that is beneficial to everybody, such as this

15   video.

16          SPEAKER 1: So, "Name-calling, personal

17   attacks, and obstructionist behaviour has no place in a

18   deposition or any other proceeding in this case," the

19   court said. In Randy's motion, he's citing the Court:

20          "Everybody in this case is now on notice. If

21          this type of behaviour continues, there will be

22          sanctions, and those sanctions will not be

23          light—they may include stiff monetary

24          penalties, dismissal of this action if Jeremy

25          is the one doing it, and disciplinary

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000016 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000006 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

7

```
 1                proceedings against the attorneys."
 2        And they -- the court cited a few cases.
 3                "A lawyer shall not" --
 4        this is from the Florida Bar Rules on misconduct --
 5                "knowingly or through callous intelligence
 6                disparage, humiliate, or discriminate against
 7                litigants, jurors, witnesses, court personnel,
 8                or other lawyers."
 9                "The Oath of Admission is with respect to the
10                courts of justice and judicial officers,"
11        whether you're admitted as a Florida attorney or on a
12        pro hac vice status, which is BBB's status.
13                "A lawyer always should interact with parties"
14                --
15        like Jeremy --
16                "counsel," --
17        like Randy --
18                "witnesses, jurors, prospective jurors, court
19                personnel, judges with courtesy and civility
20                and should avoid undignified or discourteous
21                conduct that is degrading to the court or the
22                proceedings."
23        That was originally entered in December, December 9th,
24        2024, to be exact.
25                SPEAKER 1:  Since then, I guess [BLEEP] has
```

Presiding Judge: HON. JULIE KAELIN (630451)    E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000017 of 000068

EXH : 000007 of 000018

Filed        25-CI-007801        09/19/2025        David L. Nicholson, Jefferson Circuit Clerk

8

1    forgotten.  BBB has forgotten.

2         SPEAKER 1:  "Randy, you scumbag," title of an

3    email, or the that's how the email begins.  February

4    28th.  "Before you stupidly and intelligence-

5    insultingly respond or let your imbecile of a client

6    respond using your email" -- that's language in one of

7    the emails.  "You are endlessly ridiculous," two days

8    prior.  In January, "Your conduct is always intended to

9    create issues for motions to generate YouTube content."

10        SPEAKER 1:  That's all -- he has such umbrage,

11   and now we have evidence for those of you who have been

12   following Megan and TUG, God love you guys.  You have

13   been doing such an excellent job keeping up with this

14   case since it is impossible for one YouTuber to do it

15   all, and I've been so focused on other things, as those

16   of you who are regular followers of my channel know.

17   It's crazy.  One of the emails that they found -- or --

18   not emails.  Excuse me.  They were text messages on

19   Facebook, DMs, whatever you want to call them, between

20   Shara (ph.), who is now on our side, reaching out to

21   Shara, literally saying the words, "We need to find a

22   way to destroy him," talking about Jeremy.  "We need to

23   find a way to eliminate him legally."  They're not

24   talking about the M-word, I hope.  Doesn't seem like

25   it, but what they're definitely talking about is by

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000018 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000008 of 000018

Filed            25-CI-007801      09/19/2025              David L. Nicholson, Jefferson Circuit Clerk

9

1    trying to destroy him financially, and you know that's

2    impossible because his empire has been built on people

3    who love him and trust him, and to try and argue that

4    now they're going to distrust and dislike everything

5    they've come to love over the last five, six, seven,

6    eight years that Jeremy has been building his channel

7    and reaching upwards of three-quarters of a million

8    subscribers -- really?  You're going to just take them

9    down single-handedly?  You really think that highly of

10   yourself?  Not only that, but you also join forces with

11   disbarred lawyers who are convicted felons?  Why?  Is

12   it because birds of a feather?  I don't know.  I can't

13   help but wonder.  We all can't help but wonder.  More

14   scumbag stuff.  "PALAMOP!" which I still don't even

15   understand what that means, nor do I care to find out,

16   "Adopting The Eggplant Emoji."  Did you sleep through

17   law school when they taught about communications made

18   for express legal purposes of the supremacy clause?

19           "How is your client remunerating Megan Fox,

20           TUG, the DUI guy, and the rest of the YouTube

21           echo chamber?  Is it money, traffic, clicks, a

22           combination of something else?"

23   How about if it's something that people want to hear

24   about?  That's the topics that we cover.  Has that

25   thought ever entered your mind, that by virtue of you

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000019 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000009 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

10

1    doing all of this you are actually fueling the fire

2    rather than extinguishing it, you [BLEEP]?

3         SPEAKER 1:  Oh my God.  Where does the

4    stupidity end?  And now you're looking at disbarment in

5    Florida on this case, your pro hac vice is at risk of

6    being revoked because of your continuous stupidity and

7    abhorrent behavior.  April 3rd, BBB.  April 3rd is your

8    date.  Chandler and I are going to be there.  Jeremy is

9    going to be there.  Randy is going to be there, and by

10   God, I am praying, I am praying that Megan Fox is going

11   to be able to have a video camera in that courtroom,

12   and I'm also praying for another thing.

13        SPEAKER 1:  I am praying that you're going to

14   be on your best behaviour, and you're going to change

15   your tune after that day.  You can only act out -- if

16   anyone is acting out for YouTube clicks, honestly, that

17   is you doing all of this and going on Lisa Weeks' (ph.)

18   and Motown Moe whatever his name is channels.  You are

19   the one creating cannon fodder.  We have other things

20   to do.  We're only covering this because of you.

21   Here's my piece of advice to you.  It's never too late

22   change your tune.  Forget who you are as a person.  I'm

23   saying this from the bottom of my heart.  Listen to my

24   words.  Look into my eyes.  Do you see me?  I'm

25   speaking to you as a human being, as a fellow human on

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000020 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000010 of 000018

Filed    Case 3:25-cv-00213-CRS    Document 22-2    Filed 09/22/25    Page 21 of 68 PageID #:
25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk
220

11

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000021 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000011 of 000018

1    this planet.  I'm not your friend.  I'm not your enemy.

2    I don't know you from Adam, and I don't care about you,

3    but the one thing there I care about are my friends.

4    What are you getting by doing all this?  Nothing.

5    You're not gaining anything.  All you're doing is

6    creating more problems for yourself.  You've had a

7    license to practice law for 28 years.  What do you have

8    to show for it?  Now is your chance to turn a new leaf.

9    Change as a person.  Change even if it means you have

10   to change your core values.  Look at Shara.  She

11   changed sides.  I mean, so did Ray Bonecrusher.  So,

12   it's not impossible.  You can change sides at the flip

13   of a coin.  I'm not asking you to join us.  I don't

14   know if we can have you at this point, honestly.  You

15   have burned so many bridges, but if you at least have

16   the propensity and you show the desire for change, you

17   know what?  Maybe we'll start seeing you differently,

18   and we won't see you as so much of a clown with a bar

19   number anymore.  Be a professional.  Why can't you act

20   like a human being?  Why do you act like a seven-year-

21   old child?  You're a grown man in your 50s, for God's

22   sake.  You're 20 years my senior, and I'm talking to

23   you with my dad voice.  Come on, dude.  Really?

24         SPEAKER 1:  So, don't tell me I'm doing this

25   for clicks and views, because people are going to watch

Filed          25-CI-007801     09/19/2025          David L. Nicholson, Jefferson Circuit Clerk

12

1    this.  You know why?  Because they enjoy when we cover

2    this content.  That's it.  They don't -- they hate this

3    ugly mug.  I already know.  I know you hate the sound

4    of my voice, and you hate my ugly face, and I'm okay

5    with it.  I love you guys anyway, but self-deprecating

6    humor never hurt anybody for the record.  But anyway,

7    learn that.  Grow thicker skin.  Stop being so thin-

8    skinned.  I remember one time I made, like, one comment

9    on Facebook, and you wrote an essay responding to me,

10   and then one person responded and then another essay,

11   and then one person and then another essay.  I don't

12   think you will ever change, [BLEEP].  I don't think you

13   ever will, but I can only try.  Hey, if you don't try,

14   if you don't ask, the answer is always no.

15        SPEAKER 1:  So, after all of this, after all of

16   this, calling his opposing counsel "Clounsel."  "Dear

17   Clounsel."

18        "Wherefore Jeremy hereby requests this court

19        issue sanctions against [BLEEP], praying that

20        these sanctions will not be light and that they

21        include revocation of his pro hac vice status,"

22        --

23   Basically. disbarment on this case, in a nutshell --

24        "monetary penalties" --

25   for having to draft all these motions against him --

Presiding Judge: HON. JULIE KAELIN (630451)    E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000022 of 000068

EXH : 000012 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

13

1           "judicial default" --

2    by basically issuing a judgment in favor of Jeremy --

3               "dismissal of the counterclaims, and

4               disciplinary proceedings."

5    You know, judges have power to lock you up, for those

6    of you who didn't know.  So, the judge issued an order

7    the next day that this motion was filed.  The judge

8    didn't even wait.  He was like, "Hold on.  Time out.

9    Okay.  We're done here," as David Yannetti would say.

10              SPEAKER 1:  "Order to show cause.  Plaintiff

11              has filed a Motion for Sanctions.  The motion

12              alleges Defendants' counsel has engaged in

13              unprofessional conduct.  The court has ordered

14              Defendants' counsel to respond to the motion by

15              March 20th.  As part of that response

16              Defendants' counsel should show cause as to why

17              the court should not revoke the privilege of

18              pro hac vice status that has been granted to

19              him in this case.  Permission to appear pro hac

20              vice is a privilege, the granting of which is

21              within the sound discretion of the presiding

22              judge" --

23   me, in this case --

24              "which can be revoked if counsel continue to

25              violate the rules of professional conduct.  A

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000023 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000013 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

14

 1         hearing on this matter will be held on

 2         Thursday, April 3rd at 1:00 p.m. (central),"

 3         2:00 p.m. Eastern "in Courtroom 3 South, U.S.

 4         North Courthouse 1 N Palafox St. Street,

 5         Pensacola, Florida.  There is no need for the

 6         individual parties to attend the hearing, but"

 7         --

 8    and here comes the best part --

 9         "counsel" --

10    Randy and [BLEEP] --

11         "for the parties are required to attend.  Any

12         request to appear remotely" --

13    via Zoom --

14         "will be denied.  Any request to hold a hearing

15         at a location other than Pensacola will also be

16         denied.  So ordered the 14th day of March

17         2025."

18         SPEAKER 1:  Oh, and just for the record.  This

19    is what the judge had to say:

20         "The court has previously indicated that it

21         would consider holding a pretrial hearing in

22         Gainesville.  That remains true as a general

23         matter, but the court will not hold this

24         particular hearing in Gainesville.  There is no

25         need for the individual parties to attend

Presiding Judge: HON. JULIE KAELIN (630451)    E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000024 of 000068

EXH : 000014 of 000018

Filed   25-CI-007801   09/19/2025   David L. Nicholson, Jefferson Circuit Clerk

15

1    because the hearing will focus solely on the

2    conduct of counsel.  Thus, there is no

3    inconvenience to the individual parties by

4    holding the hearing in Pensacola.  Also," --

5    and this is my favorite part of the entire thing --

6    "(per Expedia) there is no significant

7    difference in the flight options or costs for

8    Boston to Pensacola and Boston to Gainesville."

9    "I checked," says the judge.  Wow.  Signed Zachary

10   Bolitho, United States Magistrate Judge.  Wow, folks.

11   Unbelievable.

12   SPEAKER 1:  And as of the recording of this

13   video, which is being recorded on March the 25th, 2025,

14   we have a response to the Motion for Sanctions.  First,

15   [BLEEP], arguing that the email was sent as a litigant,

16   not as counsel and not in this case, so it's okay.

17   "You're endlessly ridiculous," admits guilt.  "I am

18   guilty of this, Your Honor."  The third one, "Oh, no,

19   this email is a hundred percent confidential and

20   attorney eyes only."  Is he taking a page out of the

21   Blake Lively playbook?  What on earth?

22   SPEAKER 1:  The next one: "We disagree.  Your

23   offer is also rejected.  In response, I wrote

24   'POLAMOP'."  I still want to know what that means.

25   Chat, help me out here, and the emoji, the eggplant

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000025 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000015 of 000018

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

16

1    emoji, just an email from a journalist.  "I did not

2    'adopt it'."

3              "In conclusion when the Court looks at the

4              contrived bases for the motion, that it was

5              filed without the required certification to

6              influence the Court to act before the

7              undersigned responded, and none of the emails

8              on which it is based provide any legitimate

9              basis for imposing sanctions, it should

10             summarily deny this motion."

11             SPEAKER 1:  Sorry.  I'm allergic to bullshit.

12             SPEAKER 1:  Oh, I think I found it.  "POLAMOP"

13    stands for "Protraction of litigation and

14    multiplication of proceedings."  Here's the pot calling

15    the kettle black.  Oh my God.  All right, folks.  I

16    can't go on with this.  Honestly, I can't wait, and I

17    will see you in court.  Bye, everybody.

18

19

20

21

22

23

24

25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000026 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000016 of 000018

Filed                25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

17

1

2

3          --- THIS IS TO CERTIFY THAT the foregoing is a

4          true and accurate transcription from the

5          provided source materials to the best of my

6          skill and ability.

7

8

9

10         ...............................

11         Ramona Murphy, May 26, 2025

12

13

14

15

16

17

18    c/o Ben Potash

19    1009 South Fourth Street

20    Louisville, KY 40203

21

22

23

24

25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000027 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000017 of 000018

25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000028 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH I : 000018 of 000018

Filed          25-CI-007801    09/19/2025          David L. Nicholson, Jefferson Circuit Clerk

1

DESCRIPTION OF SOURCE MATERIAL: YouTube video "BIGGEST Court Sanctions On Shady Lawyers EXPOSED", uploaded April 9, 2025

LENGTH OF SOURCE MATERIAL:       19 minutes, 17 seconds

NUMBER OF PAGES:                 18

DATE TRANSCRIPT ORDERED:         May 23, 2025

DATE TRANSCRIPT COMPLETED:       May 26, 2025

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000029 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000001 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

2

1          SPEAKER 1:  "Oh, I'm going to make you so much

2     money.  You have no idea.  These are wealthy YouTubers.

3     Oh, you should see the kind of content that they're

4     making.  They're millionaires."

5          SPEAKER 1:  "Yeah, I know I sued them for

6     hundreds of thousands of dollars, but that's besides

7     the point.  I am scared.  I am terrified.  I am

8     petrified."

9          SPEAKER 1:  He sanctioned Randy $4,000, $2,000

10     for each motion for two motions.  Even in his order,

11     the judge said, "Absurd" for you to think that.  I

12     mean, can you imagine what you have to do and say in

13     order to get arrested by a federal judge?

14          SPEAKER 1:  Next week, you're going to pay

15     Randy money.  Think about it.  You're throwing another

16     lawyer under the bus for your misdeeds, your mistakes,

17     and your shenanigans.  That is despicable.  You disgust

18     me, sir.

19          SPEAKER 1:  Well, hello, everybody, and welcome

20     back to Buckle Up, It's the Law.  Folks, today we're

21     going to be talking about none other than Deuce in the

22     What the Hales saga.  I'm recording this on Tuesday,

23     April the 8th.  This is on the eve of Deuce's deadline

24     for tomorrow's show cause explanation to the judges to

25     why he could not make it to court last week on April

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000030 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000002 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

3

1    3rd.

2         SPEAKER 1:  So, let's begin at the beginning.

3    I have to catch you guys up on what happened in the

4    days leading up to it.  Originally, around March 14,

5    Judge Bolitho issued an order saying that On April 3rd,

6    we are going to hold a hearing in Pensacola.  "Be there

7    or be square, Deuce and Randy, and both of you bring

8    your checkbooks."  That's interesting.  You might think

9    it's old news.  It's been almost a month since that

10   happened.  Lots of things happened since, but that's

11   the beginning of the tale and the beginning of the end

12   for Deuce.  So, what happens next?  He files a couple

13   more motions relevant to the case.  Randy responds, and

14   then as the date of court gets closer and closer, Deuce

15   gets more and more anxious, and the question arises: Is

16   he going to show up?  Is he not going to show up?  Is

17   he going to get in trouble?  Is he not going to get in

18   trouble?  Is he going to skate by?  Is he going to not

19   skate by?  A lot of questions and not a whole lot of

20   answers.  So, in this order that I'm about to present

21   to you, here is how the events unfolded.

22        SPEAKER 1:  On or about Tuesday, April 1st,

23   Deuce files a motion for an extension.  He says:

24        "I'm not going to be able to be there, your

25             honor.  I have excuses here.  I have more

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000031 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000003 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

4

1          excuses there.  I am afraid of you.  You're

2          going to arrest me.  I'm afraid of Randy.  I'm

3          afraid of Larry because Larry announced that

4          he's going to be there with his girlfriend.

5          I'm afraid of Jeremy because Jeremy said even

6          though he doesn't have to be there, he's going

7          to be there.  I don't want to deal with that.

8          I don't want to be interviewed.  I don't want

9          to be answering questions.  I am threatened by

10          these people.  I am terrified of these people.

11          Yeah, I know I sued them for hundreds of

12          thousands of dollars, but that's besides the

13          point.  I am scared.  I am terrified.  I am

14          petrified."

15     Pick a side, man.  You can't both be terrified of us

16     and sue the crap out of us at the same time.  If you

17     file a lawsuit halfway across the country -- and I

18     looked this up.  It is a 24-hour drive from

19     Massachusetts to Pensacola, so he had to fly.  We could

20     drive.  Chandler and I drove from Louisville to

21     Pensacola for the hearing, and let me tell you

22     something, folks.  The drive is magical.  It's

23     beautiful.  It's so pretty.  It is so peaceful.  It's

24     like nine hours of pure bliss.  With the stops, make it

25     12 hours.  It flew by.  I didn't even notice it.

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000032 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000004 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

5

1    Chandler and I were listening to music and having

2    conversation and talking on the phone with clients and

3    friends, et cetera.  So, let's get back to our saga.

4        SPEAKER 1:  On April 1st, Deuce requested an

5    extension.  It got shut down and denied on April 2nd.

6    No extensions.  No delays.  You had plenty of time.

7    You don't have a choice in this matter.  You are going

8    to appear at this time.  It's tomorrow, April 3rd.  The

9    -- Judge Bolitho is not playing any games.  I've met

10   him.  I've seen him.  He was on the bench.  Really nice

11   guy.  Fairly young, too, apparently in his early 40s.

12   Good on him to be a magistrate in Pensacola at such a

13   young age.

14       SPEAKER 1:  Absolutely fascinating, absolutely

15   astonishing that Deuce not only ignores that order --

16   we're getting there -- but on April 3rd, 2025, just

17   last week, he has the audacity, the audacity, 28

18   minutes before the hearing is scheduled, 1:00 p.m.

19   central.  This is two -- 12:32 central.  He files a

20   motion to withdraw.  I'm sorry.  What?  Does he really

21   think it's going to be that easy?  Like:

22           "Ah, you know what?  I don't have to listen to

23           no judicial opinions and no judicial orders.

24           All I have to do is leave the case.  Just get

25           out.  Let's get out."

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000033 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000005 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

6

1    Not only that, I'm pretty certain he lied in that

2    motion because he wrote that he has been terminated by

3    Lynette and John, his clients, the Defendants in that

4    case, because in that one, Jeremy is actually suing

5    them.  They're the Defendants.  The hundreds of

6    thousands of dollars I said he sued, he sued us in

7    state court in Levy County, and that case has been

8    since dismissed the day after Christmas of 2024.

9        SPEAKER 1:  And we're still not done.  I am

10   going to be coming down to Levy County Courthouse in

11   two weeks' time for the hearing against Stark.  Now

12   Stark is on the hook.  I'm sorry.  I said two weeks.

13   That's next week.  Oh, my gosh.  I'm flying on Monday.

14   I forgot.  My schedule is so busy right now.  It's hard

15   to keep up with everything, but that's okay.  That's

16   the way I like it.  Busy keeps me happy.  So, next week

17   Stark needs to answer for his crimes.  Randy just filed

18   a motion today solidifying -- it's a memorandum of law,

19   basically explaining here's why Stark needs to pay.

20   Here's why Stark needs to open up his checkbook and pay

21   Randy.  I could care less about the money, honestly.

22   At the end of the day, he sued me through Deuce.  So,

23   Stark is the named attorney, and Deuce has not admitted

24   pro hac vice, which is a fancy word for not licensed to

25   practice in the state but licensed on this one

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000034 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000006 of 000019

Filed   25-CI-007801   09/19/2025   David L. Nicholson, Jefferson Circuit Clerk

7

1   individual case.  So, that's another thing that he has

2   to deal with, but let's get back to our main story.

3   So, Deuce files a motion to withdraw 28 minutes before

4   the hearing.  The Federal Rules of Civil Procedure

5   require that an attorney must ask for leave of court in

6   order to withdraw from a case unless they already have

7   counsel at the ready, in which case new counsel will

8   simply enter a substitution of counsel order, and

9   things continue unabated with no issues.  No one is

10  going to yell at you unless you already have been

11  ordered to appear and you're going to chicken out of

12  it.  That's fine.  There's going to be a separate order

13  on that, which we'll get to in just a moment, but at

14  least you get to skate out of the case unabated.

15       SPEAKER 1:  But you can't simply abandon

16  clients upon whom you have put your faith and their

17  faith and their trust in you that you're going to

18  represent their interests, and this is where I think

19  Deuce lied.  I don't think John and Lynette, at the

20  time of the filing of his motion to withdraw -- they

21  probably know now.  It's almost a full week later.  But

22  at the time of the filing of the motion, he wrote that

23  "My clients fired me."  I don't think they did.  I

24  don't think they knew that they fired him.  That's the

25  beautiful part.  So, he may be on the hook in the

Presiding Judge: HON. JULIE KAELIN (630451)

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000035 of 000068

EXH : 000007 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

8

1    future for lying to a tribunal.

2         SPEAKER 1:  We have a duty of candor before the

3    court, and if you violate that, well, then you have

4    nothing remaining.  If we can't even trust anything

5    that you say in court and you get that reputation, it's

6    all over for you anyway.  Now, there have been some

7    rumors since then that despite the fact that Deuce is

8    out of the case, he is going to continue working as a

9    shadow lawyer, as a ninja lawyer on whatever new

10   counsel he finds to take this godforsaken case.

11   Another Stark, maybe, because Stark has already

12   outlived his usefulness.  Stark has caught up to the

13   scam that Deuce perpetrates.  So, Stark is useless for

14   Deuce's purposes.  He's going to have to find someone

15   new, someone just as gullible, just as bland.  Sorry,

16   Stark.  It's nothing against you, buddy.  Trust me.  I

17   think we got to know you a little bit.  I have nothing

18   against you.  It's all against him, and he's going to

19   have to find someone just like Stark to take on the

20   case, someone that's been around for 40 years, hasn't

21   accomplished much, and wants to make a little money.

22   He's going to sell them.  He's going to crank -- he's

23   going to turn that knob.  He's going to go:

24         "Oh, I'm going to make you so much money.  You

25         have no idea.  These are wealthy YouTubers.

Presiding Judge: HON. JULIE KAELIN (630451)    E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000036 of 000068

EXH : 000008 of 000019

Filed        25-CI-007801      09/19/2025        David L. Nicholson, Jefferson Circuit Clerk

9

1      Oh, you should see the kind of content that

2      they're making, the Jeremy and the George (ph.)

3      and the TUG and the Megan and The DUI Guy.  Oh,

4      just watch those videos.  They're millionaires.

5      They're millions and millions and millions of

6      dollars here."

7    And somebody is just going to go, "Oh, my God.  I have

8    an opportunity of a lifetime."  Sorry.  You don't.

9    It's a scam, but they're going to fall for it, and by

10   the time they realize it, it might be too late, kind of

11   like what happened with Stark.

12        SPEAKER 1:  Anyway, so moving forward, on April

13   3rd, Deuce doesn't show up.  We get a call from Randy.

14   Randy says that he just got off the phone with Deuce,

15   and Deuce is still in Massachusetts, and the hearing is

16   in an hour.  He files the motion to withdraw, and we go

17   to the hearing at one o'clock central on April 3rd on

18   Thursday in Pensacola, Florida.  I'm sitting in the

19   audience with Chandler.  We got the bailiff, Judge

20   Bolitho's legal clerk.  We got Randy, Jeremy.  There

21   are a couple of people in the audience on the right, a

22   couple more people in the audience on the left.

23   They're fans.  I talked to two of them, not the other

24   two, and they said that they are YouTube fans, and they

25   were there.  They were interested.  And only pen and

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000037 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000009 of 000019

10

1    paper allowed.  No recording devices of any kind, no

2    computers.  Doesn't matter if you're media, not media.

3    No cameras, nothing is permitted inside the courtroom

4    except pen and paper.  Randy gets up there, and God

5    love him, God bless him, he had to take the heat for

6    two lawyers that day because Bolitho can only yell at

7    one of them since the other one is an empty chair and

8    an empty desk.  It was so painful to watch, you guys.

9    It makes an attorney weep.  I was sweating for Randy

10   that he got into this.  I mean, Bolitho went on and on

11   about how "You guys are making my poor law clerk work

12   overtime."

13            SPEAKER 1:  And that's why he sanctioned Randy

14   $4,000, $2,000 for each motion for two motions, and

15   it's really unfortunate.  It's really, really

16   unfortunate that that's what it has come down to, but

17   I'm telling you, if Deuce had shown up, he probably

18   would have paid double.  His fine would probably be

19   $8,000, I think.  Maybe it would be the same as

20   Randy's.  I don't know.  But no guts, no glory.  Right?

21   Ninety percent of the work, 99 percent of the work is

22   just showing up.  Even if you have to eat dirt, you

23   show up and you eat dirt because that's what you set

24   yourself up for, but Deuce was so scared of getting

25   arrested that even in his order, the judge said,

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000038 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000010 of 000019

Filed   25-CI-007801   09/19/2025   David L. Nicholson, Jefferson Circuit Clerk

11

1    "Absurd for you to think that."  I mean, can you

2    imagine what you have to do and say in order to get

3    arrested by a federal judge, as an attorney in a civil

4    case?  To get arrested?  I give up on this guy.  He is

5    just a lost cause.  He literally wants to be disbarred.

6    He's asking for it.  And then what he's going to do?

7    Oh, he's just going to continue working in the

8    background, and then he's going to get in trouble for

9    that.  I mean, the man has given up.  He has three

10   decades of experience, alleged experience as an

11   attorney, and what does he have to show for it?  I feel

12   no remorse for this man.  Everything that he has coming

13   his way, he brought upon himself in one way or another.

14   You don't want anybody to come after you, don't get

15   involved.  Go make content.  Don't actually get

16   involved.  See, we are involved.  You brought us in

17   here.  You filed a lawsuit against us that you've since

18   dismissed, and like I said, that's not over either.

19   Next week, you're going to pay Randy money.  Stark is

20   going to pay for you.  You're going to make Stark pay.

21   Think about it.  You're throwing another lawyer under

22   the bus for your misdeeds, your mistakes, and your

23   shenanigans.  That is despicable.  You are preying, P-

24   R-E-Y.  You are preying on an innocent lawyer who just

25   fell for your scam.  That is disgusting.  That is

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000039 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000011 of 000019

12

1    abhorrent that this is how you treat other people.

2    This is who you are, Deuce, and I have zero sympathy

3    for you.  I have nothing remaining for you.  You

4    disgust me, sir, and that says a lot.  It takes a lot

5    for me to crack.  It takes a lot for me to go over the

6    top.  You brought me there.  You single-handedly

7    brought me there.  Congratulations.  You've earned a

8    stripe that I don't know if anyone has ever earned

9    before in many, many years, maybe in my entire life,

10   but it's done.

11        SPEAKER 1:  Next, the judge said that because

12   Deuce did not show up, he said that he's going to issue

13   an order, and he did on Friday, April 4th.  Very

14   anticlimactic, but he's setting up the dominoes to

15   fall, and this is where things get really, really

16   interesting.  He said, "Deuce, I want you to provide

17   reasons why you didn't show," and everybody's saying:

18             "But he already did.  He provided reasons.  You

19             -- didn't you read the order?  Judge Bolitho is

20             -- doesn't understand.  April 2nd, he wrote a"

21             --

22   Federal courts are all about rules.  Rules, rules, and

23   then some more rules to those rules, exceptions to the

24   rules, exceptions to the exceptions, and rules to the

25   exceptions.  And so, when you have a lawyer openly,

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000040 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000012 of 000019

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

13

1    willingly, knowingly, consciously, and intelligently
2    violating a court order to appear, not a complicated
3    thing.  You had three weeks to buy a plane ticket and
4    get a hotel.  They were very cheap back then.  The
5    closer you get to the day, the more expensive they get.
6    That's on you.  That's a you problem.  The judge gave
7    you plenty of time, Deuce.  You chose not to, and you
8    use every excuse in the book why you shouldn't come.
9    Well, now the judge has another rule he must follow.
10   There is a case that says a lawyer that is about to be
11   sanctioned by a court must first provide show cause.
12   The judge must give him a show cause date, as to why
13   they should not be sanctioned.

14           SPEAKER 1:  The reason that Judge Bolitho is
15   doing that is because he wants to make sure he doesn't
16   get appealed because the last thing that federal judges
17   want is to be appealed.  So, that is tomorrow, as of
18   the recording of this video.  This is being recorded on
19   April the 8th, and April 9th at 5:00 p.m. Central is
20   the deadline.  So, this video is probably going to
21   premiere either right when Deuce submits his show cause
22   motion or right after or right before, somewhere in
23   that region.  And then my gut is telling me I'm going
24   to get the best birthday gift for my mother, whose
25   birthday is on April 11th, on Friday.  Happy birthday,

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000041 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000013 of 000019

14

1    mom.  Happy early birthday, I suppose.  And Judge

2    Bolitho is going to destroy -- he's already been typing

3    it.  He's already been spending the weekend -- oh, this

4    is probably going to be one of the most fun orders, and

5    at the same time, completely unfun, because no judge

6    really wants to do that.  Judge Bolitho said in court

7    that he does not want to get the reputation of a judge

8    who sanctions people.  He -- but his hand was forced.

9    He literally pointed to his law clerk.  He said, "Out

10   of all of my cases, this one case has taken up more

11   judicial resources than many of them combined."  Think

12   about that.  When cases from beginning to end have

13   about 50 docket entries from beginning to end,

14   including discovery in a standard regular case in

15   Pensacola, that particular case at the time of the

16   hearing on April 3rd, Judge Bolitho said is already on

17   docket no. 125, and they haven't even started discovery

18   yet.  So, it could easily go to upwards of 250 by the

19   time the case is over, double what it is, and Judge

20   Bolitho is not having it.  He does not want this court

21   case to be milked for content at every opportunity, and

22   anybody can respect that.  Judge Bolitho wants order in

23   his courtroom, and that is commendable and respectable.

24   Deuce doesn't care.

25          SPEAKER 1:  Rumors have also been circulating

Filed                25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

15

1    that Deuce has gone on another channel, though -- you
2    know which one I'm talking about.  I've never seen it.
3    I have no desire to watch it.  It is a waste of my
4    time, but he apparently said that he is on his way out
5    from the practice of law.  So, he wants to go out with
6    a bang.  Let's talk about the bang.  Now we get to the
7    fun part.  So, the show cause is going to come out in a
8    few minutes as you watch this video.  He is going to
9    file it.  It's going to be meritless, empty, hollow,
10   pointless.  Maybe he'll find substitution counsel if
11   he's lucky, if he's been scrambling the past few days,
12   I'm sure, trying to find a sucker to fall for his scam,
13   and unsuccessfully so, I imagine.  It's too short of a
14   period.  I mean, just a few days is not enough.  You
15   need more time, because if it had merit, he would have
16   already found 10 lawyers, but when it doesn't have
17   merit, it's kind of harder.  Isn't it, Deuce?  Even if
18   you find one and you file a substitution of counsel
19   order, the problem is you're on the hook, and like I
20   said, on my mom's birthday, this Friday, on April 11th,
21   you're probably going to get one of the most unique and
22   crazy orders for sanctions that we have ever seen.
23   Your matter is going to be referred to the district
24   judge in Gainesville.  It is going to be referred to
25   the Connecticut and the Massachusetts Bar Associations,

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000043 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000015 of 000019

Filed   25-CI-007801   09/19/2025   David L. Nicholson, Jefferson Circuit Clerk

16

1      as well as the Federal Bar Association, the Northern

2      District of Florida, and then all your other potential

3      applications in federal court are going to be tainted

4      because in order to get admitted, you must have a

5      certificate of good standing, and you're going to lose

6      that privilege.  If you're not in good standing, you

7      may not be able to get admitted.  You're going to have

8      to disclose that, and failure to disclose is another

9      violation.  I mean, you see how this tornado of

10     violations starts stacking upon itself so quickly, and

11     here's the beautiful part.  You're going to have a

12     hearing date set as to why you should not be held in

13     contempt of court.

14          SPEAKER 1:  Do you know what contempt of court

15     is?  It is exactly what it sounds like.  Judge angry.

16     You come.  You explain why you no come when I tell you

17     to come.  If you no come to that one, you will make

18     national headlines, Deuce.  You will be the first

19     lawyer since Alex Murdaugh to make it into the national

20     news because the federal marshal is going to come to

21     your home, and they're going to arrest you.  It takes a

22     lot for a lawyer to get arrested for something so basic

23     and stupid.  All you have to do is show up, man, and

24     you can't even do that.  You wanted to be famous.  You

25     wanted your macaroni and cheese cover up, which is such

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000044 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000016 of 000019

17

1       a catchy line, Larry.  Don't you think?  In an email

2       dated February 28th, 2024, Deuce's email to me back

3       when he was still trying to get on my channel.  Absurd.

4       Get out of here, Deuce.  You wanted to be famous.

5       You're about to get your wish.  Bye, everybody.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000045 of 000068

EXH : 000017 of 000019

Filed          25-CI-007801      09/19/2025      David L. Nicholson, Jefferson Circuit Clerk

18

```
 1

 2

 3        --- THIS IS TO CERTIFY THAT the foregoing is a

 4        true and accurate transcription from the

 5        provided source materials to the best of my

 6        skill and ability.

 7

 8

 9

10        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

11        Ramona Murphy, May 23, 2025

12

13

14

15

16

17

18   c/o Ben Potash

19   1009 South Fourth Street

20   Louisville, KY 40203

21

22

23

24

25
```

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000046 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH: : 000018 of 000019

25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

19



E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000047 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH I : 000019 of 000019

Filed          25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                          2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

1

DESCRIPTION OF SOURCE MATERIAL: YouTube video "Scam Attorney
                                EXPOSED Before Fleeing USA"
                                uploaded April 17, 2025

LENGTH OF SOURCE MATERIAL:      16 minutes, 55 seconds

NUMBER OF PAGES:                17

DATE TRANSCRIPT ORDERED:        May 22, 2025

DATE TRANSCRIPT COMPLETED:      May 22, 2025

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000048 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000001 of 000018

RAMONA MURPHY                          2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

2

 1          SPEAKER 1:  This dude is about to rip Deuce in
 2     half.
 3          SPEAKER 1:  Folks, I'm not exaggerating what I'm
 4     saying.
 5          SPEAKER 1:  Deuce, anytime things start going
 6     south, he escapes.  Why?  Because that's what cowards
 7     do.
 8          SPEAKER 1:  Deuce really picks his targets well,
 9     he knows who he can scam.  Now, for some reason, he
10     thought I was going to be a good target, and after I
11     said no, he sued me a few months later.
12          SPEAKER 1:  All I want is the money that I had
13     to pay Randy for you to pay, or Scott.  Are you going to
14     throw Scott under the bus like that?  You're a real
15     [BLEEP] if you do.
16          SPEAKER 1:  Well, hello, everybody, and welcome
17     back to Buckle Up, It's the Law.  Folks, it is finally
18     coming to an end, the end of Deuce.  I am absolutely
19     convinced that as I'm recording this video, Deuce
20     Bigalow -- I don't know.  What do I even call him
21     anymore?  BBB, whatever you want to call him, he's
22     packing up his bags. He's done-zo.  He's gone.  He's
23     going back from whence he came before, because he used
24     to live in Connecticut.  Then he tried to scam a bunch

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000049 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000002 of 000018

Filed

RAMONA MURPHY                           2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

3

1      of people there, probably.  I don't know.  I have no

2      evidence of that.  I'm just assuming because that's just

3      who he is, and that's what he does.  He scammed Scott

4      Stark, he scammed Lynette.  He scammed John (ph.).  He

5      scammed David Helm.  He scammed a lot of people, and I

6      think he is having trouble making ends meet, because

7      people don't like to be scammed, and when he's exposed,

8      he has to relocate.  This is a very common tactic for

9      scammers and con artists.  Believe me.  I have firsthand

10     experience with those myself, but we won't talk about

11     that.

12          SPEAKER 1:  And he moved to Armenia in 2013.

13     Megan Fox -- shout out to you, MeganFoxWriter.  On

14     August the 28th, 2013, she sent me the article written

15     by Deuce himself.  He said that he is moving to Armenia,

16     and he moved to Armenia because that's where his wife is

17     from. I told -- from the beginning, I knew that they

18     were Armenian.  Like, at least she is.  I don't know

19     about him, but maybe he's got ancestry.  Maybe he

20     doesn't.  I don't know.  Who cares?  Nobody cares.  It's

21     whatever, whatever your ancestry is.  I'm Russian and

22     Jewish, and probably, I have some Lithuanian in me and

23     Ukrainian and Polish, and I think I'm like two percent

24     Chinese, according to my genetics, you know, whatever,

25     which I probably need to delete since they're filing for

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000050 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000003 of 000018

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                        2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

4

1        bankruptcy and selling all of my data.  Hooray.  But

2        anyway, that's besides the point.

3               SPEAKER 1:  Deuce, anytime things start going

4        south, he escapes.  Why?  Because that's what cowards

5        do.  That's what people who have no spine and no

6        testicles do.  Men, of course, is what I'm talking

7        about.  His wife, eh, I don't know how guilty she is in

8        all of this.  She married him, so that's on her.  She

9        has to make the decision as to whether or not she wants

10       to stay with him, but I can tell you folks that he did

11       it once; he's going to do it again.

12              SPEAKER 1:  He -- in the article, if you read

13       the article, he complains about how it's so difficult to

14       make ends meet.  He was a licensed Connecticut attorney

15       back then.  He was having a lot of trouble making ends

16       meet and figuring things out and how he's going to

17       pursue a livelihood and a career, et cetera, in such a

18       dog-eat-dog competitive world, which is all horseshit.

19       It's all -- he just made it up.  There's nothing there.

20       He was just -- he was lying to people.  He was scamming

21       people.  He was stealing from people, probably.  I have

22       no proof, but it's just -- if he does it now, he did it

23       back then.  People don't change like that.  So, in 2013,

24       actually, right as I was waiting for my bar results,

25       unbeknownst to me, Deuce relocated to Armenia, and right

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000051 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000004 of 000018

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                          2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

5

1    as I became an attorney and started practicing, he was

2    enjoying cultivating the earth and eating apples and

3    walnuts and whatever else he was doing, enjoying the

4    sunshine, touching grass, and maybe eating it.  I don't

5    know.  I don't care what he was doing over in Armenia.

6    I doubt he was practicing law because, you know,

7    practicing law in the United States -- can you imagine

8    that phone call?  You trying to hire, like, somebody and

9    you get a, "Hey, do you have WhatsApp?  Can I call you

10   on WhatsApp?  I'm sorry.  It's an international call."

11   "Where are you?"  "I'm in America.  Why do you ask?"

12   You know.  It's ridiculous.  It's impossible to run a

13   law firm from an international perspective, unless

14   you're going to be incurring really, really high

15   international cost fees, or if you have an unlimited

16   plan or something like that, or worst case, he's going

17   to start doing something else. Like I said, I think he

18   needs to just work the earth.  I think he would make a

19   great gardener.  Maybe he's got a green thumb.  He

20   clearly doesn't have a blue thumb, you know, for ink, I

21   guess.  I don't know.  I just made it up.  So, maybe

22   he's got a green thumb.  Maybe he can grow stuff in the

23   earth and then eat it because that's just all about he

24   should be good at because he's so bad at everything

25   else.  I hope he can at least eat.  You know what I'm

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000052 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000005 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

6

1    saying?  Like, I don't want a man to starve to death.
2    That's ridiculous.  He's got a family. He's got two
3    kids, which we learned are adopted, by the way.  So,
4    good on him on at least trying to be a model father,
5    although I don't know how far that really got him, but I
6    am convinced -- this is being recorded on April the
7    15th.  I'm going to try and probably premiere it on
8    Thursday, April 17th.  So, hello, future me and hello,
9    audience watching this.  But yeah, I'm absolutely
10   convinced that he might even be gone by tomorrow.  He
11   has everything collapsing around him.  So, let's talk
12   about the latest.  What's been going on?
13            SPEAKER 1:  So, last we checked in on him, he
14   didn't show up to April 3rd.  The judge issued a show
15   cause order.  Deuce replied to that show cause order,
16   and after he replied to that show cause order, the judge
17   said, "I am allowing you to withdraw, but I'm still
18   keeping you on as counsel because I am staying in the
19   case for 30 days so they can find a new lawyer,"
20   Michelle (ph.) and John, and at the same time -- or
21   unless they're going to represent themselves, pro se,
22   "and at the same time, I'm still working on the motion
23   for sanctions."  What?  "I am still working on the
24   motion for sanctions"?  This dude is about to rip Deuce
25   in half.  Folks, I am not exaggerating when I'm saying

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000053 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000006 of 000018

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

7

1    this.  If a federal judge is telling you that "I'm not
2    done with you yet," and not only that, "I need more time
3    because of how serious and egregious your violation is,
4    directly ignoring a court order," you are not skating by
5    from this one, buddy.  The whole macaroni and cheese
6    scandal.  You guys remember the macaroni and cheese
7    scandal when he just -- he forgot to include a -- he
8    forgot one clause in his contract.  The stupidest thing
9    ever.  The stupidest thing ever.  It just said -- it's
10    supposed to say, "I, as the client understand that I'll
11    be responsible for fines and court costs."  That's all
12    it's supposed to say.  "I understand as a client, I am
13    going to be responsible for fines and court costs."  He
14    forgot to include that clause in his contract, the
15    doofus, and he probably got in trouble with the bar and
16    the bar was just like, "Look, take a class and forget
17    about it," and he said, "No, I will not take a class.  I
18    will not be driving halfway across town, putting my life
19    at risk."  This is where we thought, like, is he
20    claustrophobic, or is he just stupid?  "I will not be
21    driving halfway across town.  There are bridges and
22    roads and cars, and I could die.  I am not going to
23    subject myself."
24        SPEAKER 1:  So, there was a hearing last year on
25    May 1st, 2024, a disciplinary hearing.  We don't know

Filed        25-CI-007801    09/19/2025        David L. Nicholson, Jefferson Circuit Clerk

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000054 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000007 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                           2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

8

1      how that hearing turned out.  There was another hearing

2      on May 1st, 2025, coming up in two weeks.  We've

3      received confirmation from my sources that that hearing

4      is real.  There is another hearing, and we're going to

5      get that list at the end of the month.  So, look out for

6      it.  I think, like, the week of -- what is it going to

7      be?  April 28th, I think, is the last week in April,

8      which bleeds into May. May 2nd is a Friday and is

9      already May, obviously, and that's Oaks Day.  Oaks Day -

10     - for those of you who don't know, I'm from Kentucky,

11     obviously, and May 3rd is Derby.  May 5th is my

12     birthday.  A lot of things -- a lot of fun things

13     happening.

14            SPEAKER 1:  So, he's got the judge coming down

15     on him.  He's got sanctions that Stark is going to throw

16     him under the bus at the hearing, which by -- at the

17     time this video premieres will have happened yesterday.

18     Now it's happening tomorrow, and on the 16th, I'm going

19     to be virtually in court appearing to listen to Stark

20     try and weasel his way out of a paper bag.  So, that's

21     going to be fun.  I'm really looking forward to that

22     tomorrow or for you guys yesterday, and I probably

23     already posted about it.  I usually post about it in my

24     community tab.

25            SPEAKER 1:  By the way, if you're not subscribed

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000055 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000008 of 000018

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

9

1    yet, it's free.  Just click the button, the subscribe

2    button right below there, and you get to keep up with

3    all the updates that I make, every single one, and I

4    promise I won't bombard you.  Let's get back to the

5    video.

6         SPEAKER 1:  So, Stark is supposed to appear

7    tomorrow in the Thumbnail Four case.  That's where I'm

8    involved.  I'm a Defendant.  Now, the case is over.

9    We're just looking for sanctions against Stark, i.e.,

10   Deuce, and so, I have absolutely no idea what Stark is

11   thinking.  He tried to weasel his way out.  He said he

12   had health problems.  He said he has got like, heart,

13   issues.  He's got this.  He's got that.  Now the judge

14   said, "Bring documentation, buddy.  I want to see proof

15   that you have this" 'cause he asked for another

16   continuance, and the judge is like, "No, no, no, no, no.

17   You can appear via Zoom.  You can be there.  Just open

18   up your computer."

19        SPEAKER 1: I am waiting.  I am waiting for him

20   to go, "My computer is not working.  I'm sorry.  My

21   system is down.  I have to use, like, a phone.  Oh, my

22   phone is not connecting." Like, the dude is just full of

23   excuses.  Like he's incapable.  Anytime, like, push

24   comes to shove, he just can't do it.

25        SPEAKER 1:  When it's time to collect clients'

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000056 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000009 of 000018

RAMONA MURPHY                                2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

10

1    money, oh, he's the first one there.  Come on.  "Pay me,
2    pay me, pay me, pay me, pay me," especially his wife.
3    His -- I read some of the reviews, and I think TUG
4    ThatUmbrellaGuy, he did a full video on like, the
5    reviews that Scott Stark has been receiving, and like I
6    said, Deuce really picks his targets well.  He knows who
7    he can scam.  Now for some reason, he thought I was
8    going to be a good target, and that's why in February of
9    2024, he reached out to me because he saw my video on
10   Judge De Tomas (ph.) in the What the Hales case, and he
11   was like, "Oh, my God.  Larry's perfect.  More
12   corruption.  Here you go."  And I was like, "This is not
13   corruption, dude.  This is stupidity.  Like, what are
14   you doing?  Just go to the class.  Just go take care of
15   it."  And he's like, "No, this is corruption beyond the
16   highest order," and after I said no, he sued me a few
17   months later.  Like, who does that?  And a fraudulent
18   lawsuit. That's why we want attorney's fees. We want to
19   get paid.  That's all I'm asking for.  I'm not looking
20   to rip your head off, man.  Your head is already getting
21   ripped off.  You don't need me to help. All I want is
22   the money that I had to pay Randy for you to pay.  Or
23   Scott.  Are you going to throw Scott under the bus like
24   that?  You're a real dick if you do.  But hey, that's
25   your life.  That's his life.  I don't get in the middle

RAMONA MURPHY                        2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

11

1     of that.  So, that's where we're at.  April 16th, Scott

2     is going to have to appear via Zoom at our hearing.  I'm

3     going to be there.  Or for those of you watching in the

4     future on the 17th, yesterday was the hearing and I've

5     been there, but I have no idea what happened because

6     today is the 15th as I'm recording this.  But anyway,

7     basically, we are waiting on trying to figure out what

8     Deuce is going to do, and I'm convinced with the

9     sanctions coming from Bolitho (ph.), with the sanctions

10    coming from the Connecticut Bar, with the sanctions he's

11    going to incur with the Massachusetts Bar, with the

12    sanctions he's going to incur from the district judge in

13    Gainesville, with the sanctions he's going to get

14    against him financially, with the sanctions he's going

15    to get against him that he's going to have contempt of

16    court charges, with the sanctions he's going to get

17    against his pro hac vice status in the federal bar in

18    Florida, which is going to affect his ability to

19    practice in any federal bar across the nation, there's

20    only one option.  He cannot flee to another state like

21    he did before.  Because, see, he went from Connecticut

22    to Armenia, Armenia to Massachusetts, started a new

23    life, started scamming more people, probably.  Again, I

24    have no proof.  It just smells like it, and then after

25    he is now -- like, completely tarnished his reputation,

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000058 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000011 of 000018

Filed    25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                      2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

12

1    this was his last hurrah.  At 58, 59 years old, however

2    he is, he's approaching 60, so he's getting close to

3    retirement.  He doesn't have all that much to lose.

4             SPEAKER 1:  Just go to Armenia.  Go to Georgia.

5     Go to wherever.  That's what he's going to do.  He's

6    going to retire.  He's going to retire, and he's going

7    to -- like, he's going to have an outstanding warrant.

8    This is -- let me predict the future.  This is what's

9    going to happen.  Deuce is going to have an outstanding

10   warrant for his arrest in the United States of America,

11   and it's going to be either Judge Bolitho or the

12   district judge over there in Gainesville issuing it for

13   his failure to appear.  There's going to be a suspension

14   or a disbarment of his licence in Connecticut and which

15   also is going to lead to proceedings in Massachusetts,

16   which will lead him to losing that licence, and so, he

17   will lose all ability to practice law.  It will either

18   be suspended, either for a time or indefinitely, until

19   he answers the criminal charges in -- the future, I

20   should say, future criminal charges that will come in

21   Florida because of his failure -- continuous failures to

22   appear because he's a coward, and that's what cowards

23   do.  They run when things get hot and heavy, and he's

24   going to go to Europe and he's going to continue, try

25   and to do his scams from there.  He did say -- I

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000059 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000012 of 000018

Filed      25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

13

1    understand he did say that he is going to be counsel for

2    Lynette and John just from a distance.  He just needs to

3    find his next mark.  He needs to find a lawyer that is

4    dumb enough.  He needs to find a lawyer that is stupid

5    enough.  He needs to find a lawyer that is gullible

6    enough and is going to believe his lies to take on this

7    idiotic case of a case, and then he's going to be like,

8    "Look, I'll do all the work.  All you have to do is sign

9    your name.  I promise it."  It's almost like too good to

10   be true.  "Sometimes you're going to have to show up to

11   court for me.  I can't.  I live overseas."  He may admit

12   to it.  He may not.  We'll see, but like I said, it's

13   going to be very interesting when he's like, "Hey, can I

14   talk to -- do you have WhatsApp?"

15          SPEAKER 1:  Oh, it's ridiculous, folks.  This is

16   one of the most ridiculous things I have ever had in my

17   entire life.  In my entire short 13-year career, that is

18   the craziest thing that I have ever heard of.  I mean,

19   it's just ridiculous.  It is absolutely ridiculous, and

20   I'm looking forward to seeing how this saga will end

21   because we still have Judge Davis (ph.) on the Jeremy

22   versus Lynette situation.  I don't -- I think that thing

23   has been completely frozen because like, there's no way

24   to move it forward.  I don't know. I don't know.  I am -

25   - I'm so lost and confused at that point -- at this

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000060 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000013 of 000018

Filed          25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

14

1      point that I just hope that can -- things continue to

2      get interesting and evolve, and eventually Jeremy will

3      get the closure that he needs because I really want to

4      see him go back to his Storage Wars videos and digging

5      up dinosaur bones videos and digging up whatever --

6      like, arrowheads.  Those arrowheads are, like, so cool.

7      Are you kidding?  Did you see the arsenal of things that

8      Jeremy found in his own backyard just from digging

9      around, just from sifting through stuff?  People like

10     that kind of content.

11           SPEAKER 1:  Many people don't enjoy the drama

12     and the Lynette saga.  So, I feel for you, Jeremy, and I

13     hope things are going to get better for you, but until

14     then, I will see you guys in Florida.  I won't be coming

15     this time around because I have to appear in court

16     myself here and I have a jury trial that I'm preparing

17     to hear myself, and so, yeah, there's going to be a lot

18     more content, you guys.

19           SPEAKER 1:  If you guys need a trial lawyer, by

20     the way, don't forget to call our firm 1-844-774-HURT,

21     and trial lawyers are always standing by -- I'm one of

22     them -- to help you with your case because trial lawyers

23     get more money, and that's us.  That's what we do.  Not

24     only that, you're also -- understand this.  You're --

25     you guys, the viewers, are going to see some of my

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000061 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000014 of 000018

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

15

1  trials, actually, like me going to court, going to

2  trial.  It's on my channel.  I have tons of them.  If

3  you don't know, I don't just report current events

4  anymore.  That was the first gig I ever did.  I was

5  posting just jury trials.  I never reported on the news

6  at all, and this happened after the Johnny Depp trial.

7  I expanded my empire, my YouTube empire, and there are

8  going to be -- I have, like, five, you guys.  I have

9  five, and I have five more in tow, and there are going

10  to be more over the coming months and years, of course,

11  as I continue to practice law and try cases.  I love

12  trying cases.  Trying cases is so much fun.  It's so

13  interesting.  You get to save people's careers and

14  lives, and you get to have fun doing it.  You get to

15  teach a jury something.  You get to explain something to

16  a jury.  You get to teach a judge.  You get to put a

17  prosecutor in her place.  You get to put a cop in their

18  place.  There's nothing better.  There's nothing more

19  exciting than to destroy a prosecutor and a police

20  officer in open court, especially if you get a biased

21  judge on top of it.  Oh, my God, you're going to be on

22  cloud nine.  That drive home, you guys.  It's like, "Oh,

23  oh."  It's the best feeling in the world.  Best feeling

24  in the world.

25          SPEAKER 1:  So, with that said, I'm looking

Filed        25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                        2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

16

1      forward to how the trespass five case is going to

2      unfold, the David Helm et al case is going to unfold,

3      the Deuce sanctions the -- coming from all directions

4      are going to unfold in his fleeing to Armenia, and of

5      course, Scott Stark and his attempts to sabotage court

6      hearings and continue them, and Judge Davis had enough

7      of it, and he said, "No, we're done here."  Like David

8      Yannetti, "We're done here," to Matthew McCabe.  Oh,

9      God, I can't wait for trial no. 2. So, keep your eyes

10     peeled for more Karen Read content, both old and new.

11     We are going to finish up that saga.  We still have

12     Allie McCabe, Guarino, Brian Albert, and Barros and a

13     couple others, and then opening statements by Alan

14     Jackson.  I'm going to analyze those, and afterwards, we

15     are going to move into the cross-examination of witness

16     no. 1 in the Karen Reed case.  Enough said.  And in

17     between, I'm going to be releasing more content, so be

18     on the lookout, you guys.  I will see you all in the

19     next video.  Bye, everybody.

20

21

22

23

24

25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000063 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000016 of 000018

Filed          25-CI-007801    09/19/2025    David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY                    2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3
Tel: (514) 618-1970

17

--- THIS IS TO CERTIFY THAT the foregoing is a
true and accurate transcription from the
provided source materials to the best of my
skill and ability.


.......................................
Ramona Murphy, 22 May 2025

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000064 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000017 of 000018

Filed   25-CI-007801   09/19/2025   David L. Nicholson, Jefferson Circuit Clerk

RAMONA MURPHY
Tel: (514) 618-1970

2300 Av. Fletcher, Montreal, Quebec, Canada  H1L 4C3

18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000065 of 000068

Presiding Judge: HON. JULIE KAELIN (630451)

EXH : 000018 of 000018

| AOC-E-105    Sum Code: CI<br>Rev. 9-14 |  | Case #: **25-CI-007801** |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **JEFFERSON Circuit** |

*Plantiff,* **MATZKIN, BRUCE VS. FORMAN, LARRY ET AL**, *Defendant*

TO:  **LARRY FORMAN**

**1404 HARLEY CREEK CT.**

**FISHERVILLE, KY 40023**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **9/19/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---



Page 1 of 1

**eFiled**

*Presiding Judge: HON. JULIE KAELIN (630451)*

*E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000066 of 000068*

*CI : 000001 of 000001*



| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **25-CI-007801**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plaintiff,* **MATZKIN, BRUCE VS. FORMAN, LARRY ET AL**, *Defendant*

TO: **LARRY FORMAN LAW, PLLC**
   **1139 S. FOURTH STREET**
   **LOUISVILLE, KY 40203**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **9/19/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____          _____
                                              Served By

                                           _____
                                              Title

---

Summons ID: @00001118746
CIRCUIT: 25-CI-007801 Return to Filer for Service
MATZKIN, BRUCE VS. FORMAN, LARRY ET AL





E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000067 : 000068

Presiding Judge: HON. JULIE KAELIN (630451)

CI : 000001 of 000001

**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

| Case #: **25-CI-007801** | | Envelope #: **11625485** |
|---|---|---|
| Received From: **BENJAMIN POTASH** | | Account Of: **BENJAMIN POTASH** |
| Case Title: **MATZKIN, BRUCE VS. FORMAN, LARRY ET AL** | Confirmation Number: **208862105** | |
| Filed On **9/19/2025   7:51:56AM** | | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 3 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 4 | Library Fee | $3.00 |
| 5 | Civil Filing Fee | $150.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $268.00 |

E9C4E6C6-0234-438D-BEB6-E664DD0EF675 : 000068 of 000068