## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN** | ) |
| **LARRY FORMAN LAW, PLLC** | ) |
| **D/B/A FORMAN & ASSOCIATES** | ) **RESPONSE TO DEFENDANTS'** |
| | ) **MOTION FOR A TELEPHONIC** |
| **PLAINTIFFS** | ) **CONFERENCE** |
| **v.** | ) |
| | ) **Case No. 3:25-cv-00213-CRS** |
| **TYLER HITCH** | ) |
| **SAMINA HITCH** | ) |
| **HITCH DEFENSE ATTORNEYS** | ) |
| **HITCH ATTORNEYS PLLC** | ) |
| | ) |
| **DEFENDANTS** | ) |

**COME NOW,** the Plaintiffs, Larry Forman, et al., by and through their undersigned counsel, as well as *pro se*, and hereby submit this Response to Defendants' Motion for a Telephonic Status Conference.

As previously indicated by Plaintiffs, there is only one issue before this Court and that issue was already briefed in full back in June 2025 by all parties. That issue is currently before this Court to render a decision on whether the parties should arbitrate their issues outside of this forum.

**There are no other issues currently before this Court**.

It appears the Defendants either lack sufficient Federal Motion practice or are, once again, attempting to confuse the issues before the Court to air out their petty differences with the Plaintiffs in an improper forum. The Defendants' request for a Telephonic Status Conference is improper, unnecessary and a waste of both this Court's time and resources.

The lawsuit filed against the Plaintiffs, which Defendants reference (a suit that not only has no bearing on this case, but will also likely not survive a Motion for Summary Judgment), is nothing more than an attempt to improperly influence this Court in its decisions. The Defendants' inability to patiently wait for this Court to issue a ruling is quite telling and one could infer the reason for their behavior: their guilty conscience. As stated, *supra*, their request is improper and inappropriate and there is no action that this Court may take in that regard.

1

The same argument goes for the "forgery" allegations. This is the improper forum to make any such claims as they are improper and have no bearing on the issues before this Court.

Finally, as far as any Bar Complaints Plaintiffs may or may not have filed against Defendants, such matters are confidential, pursuant to the Kentucky Bar Association Rules of Professional Conduct. SCR 3.150(3).

**WHEREFORE,** Plaintiffs respectfully (and patiently) await this Honorable Court's ruling, reminding the Court that all parties to this action are essentially in agreement to have this Court[1]:

1. Order the parties to proceed to arbitration.

2. Stay all proceedings in this Court pending the outcome of the arbitration process.

3. Direct the parties to notify the Court of the arbitration's outcome within thirty (30) days of the arbitrators' decision.

4. In the event of default, lift the stay, immediately enter a show cause order against the offending party as to why said party should not be held in Contempt of this Court, and said violating party be held responsible for payment of sanctions to the non-offending party as well as arbitration attorneys' fees for the entire arbitration to date.

5. Provide any further relief that the Court deems just and proper.

Respectfully submitted this 30 day of September 2025.

By: */s/ Larry Forman*
LARRY FORMAN
KBA No. 95548
FORMAN & ASSOCIATES
The Forman Building
1139 South 4th Street
Louisville, Kentucky 40203
Work: (502) 931-6788
Fax: (419) 574-7156
Larry@LarryFormanLaw.com
*Attorney for Plaintiffs and*
*Attorney Pro Se*

---

[1] Plaintiffs would like to take a moment and inform the Court to the important fact that Plaintiffs previously attempted to get an Agreed Order submitted to this Court outlining the issues previously briefed to avoid burdening this Court with needless litigation. However, Defendants refused to cooperate. The Agreed Order is attached hereto as Exhibit 1. The Agreed Order was sent to Defendants in early May 2025 and was refused shortly thereafter.