# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN** | ) |
| **LARRY FORMAN LAW, PLLC** | ) AGREED ORDER GRANTING |
| **D/B/A FORMAN & ASSOCIATES** | ) MOTION TO COMPEL |
| | ) ARBITRATION AND |
| PLAINTIFFS | ) STAYING CASE |
| v. | ) |
| | ) Case No. 3:25-cv-00213-CRS |
| **TYLER HITCH** | ) |
| **SAMINA HITCH** | ) |
| **HITCH DEFENSE ATTORNEYS** | ) |
| **HITCH ATTORNEYS PLLC** | ) |
| | ) |
| DEFENDANTS | ) |

This matter, having come before the Court upon the agreement of the parties, Plaintiffs Larry Forman, et al., and Defendants Tyler Hitch, et al., and the Court being sufficiently advised, it is hereby ORDERED as follows.

1. Pursuant to the employment agreement, and the terms of arbitration, the parties are Ordered to abide by the terms of the arbitration clause found in Section 15 of the employment agreement.

2. All proceedings in this Court are hereby stayed pending the outcome of the arbitration process. The parties are directed to notify the Court of the arbitration's outcome within thirty (30) days of the arbitrators' decision. In the event any one of the parties fails to meet its financial obligations to the arbitration panel, resulting in the arbitration being unable to continue, the stay of this case shall be immediately lifted.

IT IS SO ORDERED.

Dated: _____

_____
Senior Judge Charles R. Simpson, III