UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **LARRY FORMAN, et al.** ) | |
| ) | |
| PLAINTIFFS ) | **DEFENDANTS' REPLY ON DEF.** |
| ) | **MOTION FOR TELEPHONIC** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| **TYLER HITCH & SAMINA HITCH, et al.** ) | Case No. 3:25-cv-00213-CRS |
| ) | |
| DEFENDANTS ) | |

Come Defendants, through counsel Tyler Hitch and *pro se*, and in Reply state as follows:

After admitting he knew he had no right to file this case, (DN 14), lying to the Court about his claims, (DN 1, 10) and failing to deny that he fabricated this case, (DN 20) *Pro se* Plaintiff lied to this Court again in his foregoing Response: Forman stated there is "only one issue before this Court," (DN 23) but Defendants filed a motion for sanctions, (DN 18) because Forman admitted in writing that his entire lawsuit lacks merit. (*Id.,* Ex. 1). That makes two issues.

The matters disclosed in Defense's motions (DN 18, DN 21) have a material bearing on the fact that Forman has shown a pattern of perpetuating fraud on this Court and on other Courts. Disclosure to this Court of Forman's criminal act of forgery (DN 21, Ex. 1) to remove Tyler Hitch from a case in which he was set for jury trial is not a "personal grievance," it is a Class A Misdemeanor (KRS 516.040) crime of deceit reflecting on Forman's integrity and ability to practice law, (*see* SCR 3.130(8.4)(b, c)), as well as a pattern of ongoing malicious and deceitful conduct against Defendants.

Defendants asserted in their sanctions motion, which is properly before the Court, unlike the Complaint(s) in this case, (DN 12) that Larry fabricated this whole case for YouTube. (DN 18). Several hours after filing his Response to this Motion, the Response was aired on YouTube. (https://www.youtube.com/watch?v=9YteYepa5Mo, at 52:28, accessed 10/1/25).

The Defendants' request for a Telephonic Status Conference is exactly what it states, a motion to conference the status of this matter, because Defendants caught Forman criminally forging Defendant Tyler Hitch's name in order to withdraw him as counsel of record on a case in which Hitch was set for jury trial. Time is of the essence because Forman has committed a crime that compounds the issues of this case, and shows an ongoing pattern of misconduct that could further impact Forman's bar license, not to mention the Defendants' lives. Defendants have asked this Court to refer Larry Forman's conduct to the Bar.

This is because Forman has been caught red-handed. Twice now as against Defendant Hitch.

This is also the case for the now-second lawsuit in which Forman has been credibly accused of deceit regarding members of the Bar for YouTube attention. Forman's attempt to litigate that matter in front of this Court is yet another lapse in judgment on his part.

Further, the confidence enjoyed by those accused of wrongdoing to the Bar belongs to the accused, not the accuser, and Forman's attempt to invoke the rights of the people he fabricated claims against and whose name he forged, is utterly inappropriate. Defendants are not afraid to disclose the basis of this frivolous bar complaint: it is the same as this frivolous lawsuit, which Larry Forman admitted in writing have no basis in reality. (DN 18, Ex. 1).

Finally, Forman has included a footnote that is substantively dishonest. In depth discussion is unjustified. Forman's "offer" as it were is already in front of the Court, as is Defense's. (DN 15). Defense's proposal also would have saved the Court time. Defense's proposed solution was that Forman drop this frivolous case and avoid a (now second) lawsuit credibly attacking his lack of integrity. Defense has, at minimum, six and a half months left on a statute of limitations for such a case.

At its core, Forman's Response was essentially a series of meaningless insults and a bad faith attempt to portray his now-documented criminality as Defense's "petty grievance." Without the critical knowledge that Forman is merely using his pleadings to show off for his viewers on the Internet, to whom he would never show the rest of the pleadings in this case, his Response seems baffling.

But with that critical knowledge, the Court can see Forman's bluster at being caught as a forger and a liar, facing the distinct possibility of suspension or disbarment, for what it is: a frightened and exposed crook playing the character of a lawyer on the internet for money and acclaim.

Forman's suggestion that Defense should be sanctioned deserves less than the sentence Defense grants it here.

WHEREFORE, Defendants pray this Court hear them at a Status Conference, as Larry Forman has wrongly endangered their livelihood through criminal deceit, or in the alternative sanction Larry Forman, who failed to deny that he fabricated the claims of this lawsuit for YouTube attention.

    Respectfully submitted,
    /s/ Tyler Hitch, /s/ Samina Hitch
    TYLER HITCH
    SAMINA HITCH
    *Pro Se Defendants*

    /s/ Tyler Hitch
    *for* HITCH ATTORNEYS, PLLC
    D.B.A. HITCH DEFENSE ATTORNEYS
    Barristers Hall
    1009 South 4th Street
    Louisville, KY 40203
    (502) 628-4270
    tyler@hitchdefense.com