UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00213-CRS

LARRY FORMAN, *et al*                                                                 PLAINTIFFS

v.

TYLER HITCH, *et al*                                                                   DEFENDANTS

## ORDER TO DISMISS FOR FAILURE TO SERVE PROCESS

This matter is before the Court on Defendants' Motion to Dismiss the Amended Complaint. Defendants contend that Plaintiffs did not serve them. Motion, DN 12-1, at PageID# 134. Plaintiffs have not rebutted this assertion. Proper service of process is required for the Court to exercise personal jurisdiction over Defendants. *O.J. Distrib., Inc. v. Hornell Brewing Co.*, 340 F.3d 345, 353 (6th Cir. 2003). Given that Plaintiffs have not rebutted Defendants' contention or otherwise provided evidence of service of process and given that there is no evidence of service in the record, the Court finds that Defendants' Motion should be and hereby is **GRANTED**. Accordingly, this action is hereby **DISMISSED without prejudice**. Because lack of service is dispositive, the Court declines to address the parties' remaining arguments. All other pending motions **(DN 18)** and **(DN 22)** are hereby **DENIED** as moot. Finally, the Clerk is directed to **STRIKE** from the Court's active docket.

This is a final and appealable Order there being no just cause for delay in its entry.

**IT IS SO ORDERED.**

January 20, 2026

Charles R. Simpson III, Senior Judge
United States District Court