Case No. 3:25-cv-00213-CRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Samina Hitch__
was received by me on *(date)* __4-16-25__ .

☑ I personally served the summons on the individual at *(place)* __3001 Brookhaven Rd New Albany IN 47150__ on *(date)* __4-18-25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __4-18-25__

_____
Server's signature

__Allison Pitzer__     __Process Server__
Printed name and title

__700 W. Jefferson St. Lou Ky 40202__
Server's address

Additional information regarding attempted service, etc: