**Case No. 3:25-cv-00213-CRS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Samina Hitch. Registered Agent

was received by me on *(date)*   4-16-25   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)*   4-18-25   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Samina Hitch   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Hitch Defense
Attorneys   on *(date)*   4-18-25   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   4.18.25  _____        _____
                                                                       *Server's signature*

                        Allison Pitzer              Process Server
                                          *Printed name and title*


                        700 W. Jefferson St. Lou Ky 40202
                                          *Server's address*

Additional information regarding attempted service, etc: