Case No. 3:25-cv-00213-CRS

PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Samina Hitch Registered Agent
was received by me on (date) 4-16-25.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Samina Hitch , who is
designated by law to accept service of process on behalf of (name of organization) Hitch Attorneys, PLLC
on (date) 4-18-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-18-25

_____
Server's signature

Allison Pitzer    Process Server
Printed name and title

700 W Jefferson St Lou KY 40202
Server's address

Additional information regarding attempted service, etc: